1

2                    IN THE UNITED STATES DISTRICT COURT

3                       FOR THE DISTRICT OF OREGON

4                          PORTLAND DIVISION

5

6

7   **William S. Boyd**                    )        **Case No: 2:23-cv-01284-AN**

8

9   **PLAINTIFF**                          )        **CIVIL RIGHTS COMPLAINT (§1983)**

10  **v.**                                 )        **Trial by Jury Demanded**

11  **Erin Reyes; TRCI SUPERINTENDENT**

12  **Warren Roberts; MEDICAL DIRECTOR**

13  **Charles Cox; NURSE MANAGER**

14  **Lyle Smith; NURSE MANAGER**

15  **C. Dieter; NURSE MANAGER**

16  **NAPHCARE; DIALYSIS PROVIDER**

17  **P. Maney; NURSE PRACTITIONER**

18  **Guevara; ODOC DIETITIAN**

19  **BETHANY SMITH; ODOC**

20

21  **DEFENDANTS.**

22

23          COMES NOW, William S. Boyd #11983983, plaintiff pro se, who presents the

24  following civil-rights complaint and claim for compensatory, declaratory, and injunctive relief as

25  follows:

26

Page 1 of 16  **CIVIL RIGHTS COMPLAINT (§1983)**

1                                    I.    **INTRODUCTION**

2

3              This action places before the Court a lawsuit involving the administration of the

4    Oregon Department of Corrections at Two Rivers Correctional Institution (TRCI) The nurses and

5    medical department at (TRCI) and the privately contracted medical company NAPHCARE.

6              This complaint alleges that medical care has been and is being refused to Plaintiff

7    by TRCI in concert with its contracted resident physicians and partner NAPHCARE.

8

9                                    **ll. PARTIES**

10   **PLAINTIFF:**

11             WILLIAM S BOYD #11983983 (Plaintiff) is presently serving a criminal sentence in

12   the custody of the Oregon Department of Corrections. At all times relevant to this action,

13   Plaintiff was housed at TRCI, 82911 Beach Access Road, Umatilla, OR, 97882, where he

14   currently resides.

15

16   **DEFENDENTS:**

17             Defendant ERIN REYES, Superintendent, at all times relevant to this action was/is

18   employed as Superintendent of TRCI, 82911 Beach Access Road, Umatilla, OR, 97882, charged

19   with the custody care of Plaintiff. Superintendent Erin Reyes is the facility's highest authority

20   responsible for the appointment, employment, and oversight of TRCI staff, and oversight of

1    TRCI generally. At all times relevant to this compliant, Erin Reyes acted under the color of state

2    law. She is hereby sued in her individual as well as official capacity, jointly and severely for

3    those acts and omissions described below.

4

5           Defendant WARREN ROBERTS, Medical Director, at all times relevant to this action

6    was/is employed as Medical Director of the Oregon Department of Corrections responsible for

7    the medical care of inmates. At all times relevant to this compliant, Medical Director Warren

8    Roberts acted under the color of state law. He is hereby sued in his individual as well as official

9    capacity, jointly and severely for those acts and omissions described below.

10

11          Defendant C.DIETER, Nurse Manager, TRCI , at all times relevant to this action

12   was/is employed as Nurse Manager of the medical at TRCI , 82911 Beach Access Road, Umatilla,

13   OR, 97882, responsible for the medical care of inmates. At all times relevant to this compliant,

14   C. Dieter acted under the color of state law. She is hereby sued in her individual as well as

15   official capacity, jointly and severely for those acts and omissions described below.

16

17          Defendant P. MANEY, Nurse Practitioner, TRCI, at all times relevant to this action

18   was/is employed by the Oregon Department of Corrections at TRCI, 82911 Beach Access Road,

19   Umatilla, OR 97882, charged the duty of providing professional medical services of a General

20   Practitioner to the inmate population. At all times relevant to this complaint, P. Maney NP

1    acted under the color of state law. He is hereby sued in his individual as well as official capacity,

2    jointly and severally, for the those acts and omissions described fully below.

3

4            Defendant GUEVARA, Oregon Department of Corrections Dietitian, at all times

5    relevant to this action was/ is employed by the Oregon Department of Corrections 82911 Beach

6    Access Road, Umatilla, OR 97882, charged with the duty of providing nutritional diets to the

7    inmate population based on their specific dietary needs. At all times Guevara acted under the

8    color of state law She is hereby sued in her individual as well as official capacity, jointly and

9    severally, for the those acts and omissions described fully below.

10

11            Defendant NAPHCARE, at all times relevant to this action was/is contracted by the

12    Oregon Department of Corrections 82911 Beach Access Road, Umatilla, OR 97882, charged with

13    the duty of providing professional medical services (dialysis) to the inmate population at TRCI.

14    At all times relevant to this compliant NAHPCARE acted under the color of state law. NAPHCARE

15    Is hereby sued in their individual as well official capacity.

16

17            Defendant CHARLES COX, Nurse Manager, at all times relevant to this action

18    was/is employed by NAPHCARE contracted by the Oregon Department of Corrections 82911

19    Beach Access Road, Umatilla, OR 97882. At all times Charles Scott acted under the color of state

1    law. He is hereby sued in his individual as well as official capacity, jointly and severally, for the

2    those acts and omissions described fully below.

3

4            Defendant LYLE SMITH, Nurse Manager, at all times relevant to this action was/is

5    employed by NAPHCARE contracted by the Oregon Department of Corrections 82911 Beach

6    Access Road, Umatilla, OR 97882. At all times Lyle Smith acted under the color of state law. He

7    is hereby sued in his individual as well as official capacity, jointly and severally, for the those

8    acts and omissions described fully below.

9

10                        **II.  JURISDICTION AND VENUE**

11           Jurisdiction is asserted pursuant to the United States Constitution and 42 U.S.C.§

12   1983, to redress the deprivation of those rights secured by the United States Constitution,

13   deprived by persons acting under the color of state law. The Court has jurisdiction over these

14   matters pursuant to 28 U.S.C. §§1331,1343

15   Plaintiff's claim for injunctive relief is authorized pursuant to 28 U.S.C §1651.

16

17           The United States District Court for the District of Portland, in the  City of Portland,

18   is the appropriate venue for trail pursuant to 28 U.S.C § 1391(b)(2); the County of Umatilla is

19   where the events complained of have occurred.

20

1                          **III. STATEMENT OF FACTS**

2              Plaintiff arrived at Two Rivers Correctional Institution (TRCI) in August 2021.

3   Plaintiff is a dialysis patient having been diagnosed with End Stage Renal Failure prior to

4   becoming an inmate at TRCI.

5              Plaintiff began his first dialysis treatment in August 2021 at TRCI

6              Plaintiff's "dry-weight' was 74kg upon arrival at TRCI ("dry-weight" is what a

7   person weighs prior to a dialysis treatment).

8              Plaintiff began experiencing a heavy water gain between treatments as a result of

9   the food being provided from the prison food line.

10              Plaintiff immediately wrote to medical staff at TRCI informing them that he wished

11  to see a dietitian. Plaintiff wrote and let them know that the food being provided to him was

12  unsafe and unhealthy (see exhibit 1).

13              Plaintiff received a response back from Lyle Smith, and an unknown nurse from

14  medical, stating I would not be meeting with a dietitian and that the food I was getting was as

15  required (see exhibit 1).

16              Plaintiff requires a very specific diet and that diet is closely regulated and

17  monitored to prevent high levels of potassium, which could stop his heart; avoid high levels of

18  phosphorus, which calcifies his vascular system, and large amounts of water, in which the food

19  is cooked in, which high volumes of water in a dialysis patient's body harms the heart.

1          Plaintiff wrote another communication on 10-8-21 explaining that he needed a

2    kidney/renal diet and that the foods being provided were loaded with potassium, phosphorus,

3    and high-water content (see exhibit 2).

4          Plaintiff expressed concern because he was gaining weight rapidly and struggling

5    at his dialysis treatments to get the fluid he was retaining off of his body.

6          Plaintiff got a response back again from Lyle Smith stating he has no authority and

7    it is an ODOC issue (see exhibit 1).

8          Plaintiff explained to Dr. Seth Thaler on October 14, 2021 that he was eating

9    potatoes, beans, peanut butter and drinking milk----all of which I was instructed to avoid as his

10   doctor recommended (see exhibit 3, 4, 5, 6, 7, 8).

11         Plaintiff complained to Dr. Seth Thaler that the prison was serving on his "dialysis

12   trays" the potatoes, beans, peanut butter, and milk that he recommended I do not eat and that

13   every tray had these foods on them(see exhibit 9).

14         Plaintiff expressed to his doctor that he was forced to eat the food because he was

15   hungry and that was all that was available to eat (see Exhibit 9-10).

16         Plaintiff was prescribed a double-protein diet again by Dr. Seth Thaler on 4-21-22,

17   5-7-22, and again on5-26-22

18         Plaintiff did not receive his prescribed diet.

19         Plaintiff then wrote an institutional grievance on 5-23-22.

1        Plaintiff got a response back from Charles Cox stating that P. Maney, Nurse

2   Practitioner, discontinued the diet order because I did not meet the clinical indications for it

3   (see exhibit 11-16).

4        Plaintiff since first complaining about his dialysis trays on 9-22-21, until grieving

5   the issue on 5-27-22, had gained nearly 35 pounds of excess water in his body, causing severe

6   pain and discomfort.

7        Plaintiff could not get the excess fluid his body was retaining off during his regular

8   3x a week dialysis, so Dr. Seth Thaler ordered a fourth treatment.

9        Plaintiff filed an appeal to the grievance response from Nurse Manager Charles

10   Cox stating that P. Maney discontinued his prescribed diet and got a response back from

11   Warren Roberts that my double- protein diet was approved until 9-8-22.

12        Plaintiff was not getting his meals even after receiving Warren Roberts response.

13        Plaintiff reviewing the sequence of responses in regards to his prescribed diet was

14   confused when he read that om 5-26-22 Charles Cox stated P. Maney discontinued his

15   prescribed diet only to be told by Warren Roberts on 6-8-22 that his diet was, in fact, approved

16   until 9-8-22.

17        Plaintiff's medical records show that I was written a doctor's order for double-

18   protein meals for a year but could not understand why multiple orders were needed to be

19   written.

1      Plaintiff was aware that Charles Cox, Dialysis Nurse Manager had been trying for

2  months to get the TRCI kitchen to provide Plaintiff with his double protein prescribed diet.

3      Plaintiff still eating the food being given to him continued to gain weight went into

4  his dialysis treatments overloaded.

5      Plaintiff weighed 75kg, and given that weight, the safe amount of fluid that should

6  have been removed, per hour, would have been 1 liter per hour.

7      Plaintiff was set up on his machine for 1.5L- 1.9L per hour which are beyond the

8  allowable amounts set in place by nephrologists.

9      Plaintiff experienced horrible symptoms of nausea, severe low blood-pressures,

10  and terrible cramping pains due to these overpulls.

11      Plaintiff sent an institutional grievance about the incident for the first time on 9-

12  23-21 stating he was getting sick and in pain and that staff should only be pulling what fluid

13  amount is recommended (see exhibit 17-23).

14      Plaintiff was ignored and for three months the amount of fluid pulled from his

15  body during treatments was well beyond doctor's recommendations (NAPHCARE dialysis

16  records will indicate this).

17      Plaintiff wrote a communication to Lyle Smith asking for a "crit-line" be set up on

18  his machine because it closely monitors the rate of fluid and will alarm when too much fluid is

19  being pulled a treatment (see exhibit 24).

20      Lyle Smith responded that he would set it up (see exhibit 24).

1    Plaintiff after being set up on the "crit-line" began to experience less and less ill

2    effects during his treatments due to this safety- monitoring measure.

3    Two months later on 2-1-22, Charles Cox Nurse Manager discontinued the use of

4    "crit-lines" stating that they take up too much staff time to monitor and that the device itself is

5    too expensive.

6    Plaintiff immediately appeals on 2-8-22 (see exhibit 25-30).

7    Plaintiff receives a response from Warren Roberts that "crit-lines" are not a part of

8    dialysis (see exhibit 25-30).

9    Plaintiff was told by Lyle Smith on 9-29-21 that "crit-lines" were used for unstable

10    patients, which Plaintiff was, but was now being denied the "crit-line" monitoring device (see

11    exhibit 24).

12    Resulting from lack of medical care---from time of becoming incarcerated to

13    present---Plaintiff has increasingly suffered pain, nausea, cramps, and some days limited

14    mobility. His condition is current and ongoing and has resulted in Plaintiff's inability to sleep,

15    exercise without pain, and suffers from nausea throughout the day.

16    Plaintiff should have been given a proper and safe diet upon immediately arriving

17    at Two Rivers Correctional Institution.

18    Plaintiff had severe fluid build-up in his lungs over the course of this time period

19    which resulted in the doctor writing him a prescription for oxygen during his treatments to help

20    his breathing (medical records will indicate this).

1       By the absence of adequate attention for prison officials to follow a doctor's

2    written orders for a prescribed diet, Plaintiff suffered physical pain, decreased lung capacity,

3    and forced to eat the very foods that could cause him death.

4       Plaintiff has had to either eat these toxic foods being provided at every meal or go

5    hungry (see exhibit 9).

6       Plaintiff now succumbs to severe and prolonged spells of depression, while at the

7    same time suffering from a prevailing and deep-seated anxiety over his condition, future and

8    inability to defend himself within the hostile prison environment.

9

10                  **IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

11      Plaintiff has timely exhausted all available administrative remedies prior to filing

12   this complaint.

13

14                          **V. CAUSE OF ACTION**

15      A. Defendants ERIN REYES, WARREN ROBERTS, C. DEITER, P. MANEY, GUEVARA,

16   NAPHCARE, CHARLES COX, LYLE SMITH, BETHANY SMITH were aware of Plaintiff's serious

17   medical needs for specialized care and doctor prescribed diet as well as proper recommended

18   course of treatment while on dialysis, which were outside the limits of professional standards.

19   The defendant's deliberate indifference to Plaintiff's serious medical needs caused his health to

20   deteriorate; caused harmful weight gain, which stressed and injured his cardiovascular system,

1    and caused unnecessary pain and suffering, in violation of the Constitutional Eighth

2    Amendment prohibition against cruel and unusual punishment.

3              B. The failure of Defendant Lyle Smith, Nurse Manager, to remove the allowable

4    and recommended amount of fluid from Plaintiff's body per hour during dialysis, constituted

5    deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth

6    Amendment.

7

8              Defendant P. Maney, Nurse Practitioner, has a duty of care, Defendant Maney, NP,

9    breached that duty by not following up to make sure that Plaintiff was receiving the specialized

10   and diet that Plaintiff's doctor prescribed and should have received upon arrival at TRCI.

11   Plaintiff suffered severe fluid overloads for over a year based upon P. Maney's breach of duty.

12             Defendant NAPHCARE have a policy of restricting the use of "crit-lines" due to staff

13   having to monitor those "crit-lines' during Plaintiff's dialysis treatment and the cost of the 'crit-

14   line'.

15             Defendant Charles Cox was following the policy of NAHPCARE when he denied the

16   "crit-line" to safely monitor Plaintiff's dialysis treatments.

17             Defendants ERIN REYES, WARREN ROBERTS, C. DEITER, P. MANEY, GUEVARA,

18   NAPHCARE, CHARLES COX, LYLE SMITH, BETHANY SMITH owed Plaintiff a reasonable duty of

19   care to protect him from the harmful impacts of the overpulls during dialysis and of the diet

20   causing his body harm.

1

2

3                                **VI. PRAYER FOR RELIEF**

4              WHEREFORE, Plaintiff respectfully prays that this Court enter an order:

5                  Issuing declaratory relief, declaring that the acts and omissions of the defendants

6       have violated Plaintiff's rights, and stating the defendants' duties with respect to those rights.

7                  Issuing injunctive relief, commanding the defendants to (1) provide Plaintiff with

8       an adequate, proper, and safe diet (2) provide for or otherwise facilitate the safe and necessary

9       dialysis treatments to remedy Plaintiff's suffering during dialysis treatments.

10                 Award Plaintiff compensatory damages for the unnecessary deterioration of his

11      physical health and consequential pain and suffering, in an amount as yet to be deducted from

12      the evidence, but in no event in an amount less than $200,000; and

13                 Any other relief this Court may deem just and proper

14                 Trial by jury is hereby demanded on all claims alleged herein, and the parties are

15      hereby given notice, pursuant to Fed. R. Civ. P. 38(a)-(c).

16                 Respectfully submitted this 4th day of September, 2023

17

18

19

1

**VII. VERIFICATION**

2          Pursuant to 28 U.S.C. § 1746, I, William S., Boyd, declare and verify, under penalty

3    of perjury under the laws of the United States of America, that I have read the foregoing and

4    that it is true and correct to the best of my knowledge and belief.

5          Dated this 4th day of September, 2023

6

7

8                                              William S. Boyd

9

10

11

12

13

14

15

16

17

18

19

20

Page 14 of 16  **CIVIL RIGHTS COMPLAINT (§1983)**

## CERTIFICATE OF SERVICE

**CASE NAME:** William Boyd v. Erin Reyes,

**CASE NUMBER:** (if known) _____

COMES NOW, William Boyd , and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution (TRCI).

That on the 5 day of September , 20 23, I personally gave Two Rivers Correctional Institution's e-filing service A TRUE COPY of the following:

| | |
|---|---|
| Certificate of Service | 1 page |
| 1983 Civil Rights Complaint | 16 pages |
| Exhibits | 30 pages |
| 6-month trust account statement | 7 pages |

_____
(Signature)

Print Name William Boyd

S.I.D. No.: 11983983

1

2

3

4

5

6                                    **Exhibits List**

7

8       1.  Communication Form to Lyle Smith
9       2.  Communication form to Lyle Smith
10      3.  Dr. Thaler's report
11      4.  Dr. Thaler's report
12      5.  Dr. Thaler's physician's orders
13      6.  Dr. Thaler's physician's orders
14      7.  Dr. Thaler's physician's orders
15      8.  Dr. Thaler's physician's orders
16      9.  TRCI institution food menu
17      10. High-Protein dialysis diet definitions
18      11. Bethany Smith's response to appeal
19      12. William Boyd's appeal
20      13. Warren Robert's response
21      14. William Boyd's appeal
22      15. Charles Cox response
23      16. William Boyd's grievance
24      17. J. Bugher's response
25      18. William Boyd's appeal
26      19. Warren Robert's response
27      20. William Boyd's appeal
28      21. C. Dieter's response
29      22. William Boyd's grievance
30      23. Notice of delay
31      24. Communication form to Lyle Smith
32      25. J. Bugher's response
33      26. William Boyd's appeal
34      27. Warren Robert's response
35      28. William Boyd's appeal
36      29. Charles Cox's response

1     30. William Boyd's grievance

2

3

Sep. 29. 2021  8:28AM    ODOC-TRCI-TRMEDRECR-5419226008    No. 1511  P. 5

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _Lyle Smith_      Date: _9-28-21_

State your issue in detail:

Can I please meet with a dietian to help
me regulate my food intake at safe levels.
My diet is unregulated and mostly unhealthy
because of the prison food provided. The prison
is food is not proper and unhealthy and unsafe.
Dialysis patients are supposed to meet
with dietians.

| AIC Committed Name (first middle last) | | SID# | Housing Unit |
|---|---|---|---|
| William Boyd | | 1983983 | 6-20B |

Response/Action Taken: Please address this with
health services manager. They are
in control of this

The Dietician is in Salem. You will not be
meeting with her, but you are welcome to send
her a communication form of your concerns. You
are on a Dialysis diet that meets the goals of your
REC'D SEP 3 0 2021 Daily diet requirements as outlined by
the Dietician, Ms. Guevara. _[signature]_

Date Received: _____  Referred To*: _____

Date Answered: _29 Sept 2021_  Signature of Staff Member: _Lyle Smith_

*If forwarded, please notify the AIC

CD 214 (02/2020)

EXHIBIT 1

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Nurse Deiter          Date: 10-8-21

State your issue in detail:

I need a kidney diet with healthier foods. All the foods provided by the prison are LOADED with water, potassium, sodium, and high carbohydrates and low proteins. I NEED Food that is high protein, low sodium and potassium. Not just options of foods at the prison but spealized and concentrated speitically to my dialysis needs. I need that PROTTEN foods first / less water foods. I need to meet with a dietician and then be given special consideration. PLEASE! I'm gaining weight and struggling to get good food.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| William Boyd | 11983983 | 6-20B |

Response/Action Taken: This, as I stated in previous kyte, is a DOC issue that the dialysis staff has no authority over

Date Received: OCT 07 2021     Referred To*: ____

Date Answered: ____     Signature of Staff Member: ____

*If forwarded, please notify the AIC

CD 214 (02/2020)

EXHIBIT 2

*They put on the "high-protein" trays at meals*

**Dr. Seth Thaler**                                    **Boyd, William**

**October 14 2021**                                    **ID: 11983983**

William Boyd is seen in the state prison for follow-up of end-stage renal disease. He is dialyzing 4 or 5
times each week yet remains volume expanded. He has a good appetite but unfortunately has been
drinking milk and eating potatoes. His bowels are moving regularly. He does have a little bit of nausea.
He does not make any urine. He has some cramping at the end of dialysis which he describes as mild.
Cannulations of the upper arm fistula have been routine. Bleeding lasts between 3 and 5 minutes after
the needles are removed. He declined a recent fistulogram but is now agreeable to the procedure.

Laboratory from October shows urea reduction ratio of 67.4%. Potassium is 6.4 mEq/L and bicarbonate
is 20. Calcium is 9.4 with phosphorus of 9.1 and parathyroid hormone of 723. Albumin is 4.3.
Hemoglobin is 11.2 with iron saturation of 28.2% and ferritin of 772.

Review of the dialysis treatments shows blood flow rate of 400 mL/min through 15-gauge needles
placed in the left upper arm fistula. Venous pressure at 200 mL/min is 138 mmHg. Systemic blood
pressure rises from 179/105 at the start of the treatment up to 181/105 at the end. He is gaining about
4.8 kg between the frequent treatments. He receives 100 mg of iron with each treatment.

Physical examination shows the chest to be clear to auscultation. Cardiac examination shows an S1, S2
in regular rate and rhythm. The jugular venous pressure is normal. Pulsatile bruit and thrill are present
in the left upper arm fistula. There is no ankle edema on either side. Posterior tibialis pulses are one
plus bilaterally.

Impression/plan: 1. End-stage renal disease

        a. Complete anuria

        b. Hypertension with evidence of volume overload

        c. Elevated venous pressures in the fistula

        d. Severe hyperphosphatemia

        e. Restless legs syndrome, on pramipexole

        f. Severe hyperkalemia

        g. Anemia, slightly above the target range    *P. Manning AgNP*

                                           10·21·21

EXHIBIT 3

*They give every meal!*

Plans: The fistulogram will be rescheduled. He will try to reduce fluid intake and avoid milk and potatoes as well. Influenza vaccine is pending. He declines more aggressive antihypertensive medical regimen stating that he will get his fluid overload under control.

CC: 2 Rivers correctional institute dialysis unit, care of Lyle Smith RN

CC:    2 Rivers correctional Institute health services, care of of Patrick Maney, PA

ST

*P. Maney AGNP*

OCT 2 7 2021

*EXHIBIT 4*

OREGON DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S ORDERS

NAME: Boyd, William     DATE & TIME 4/21/22     INST.     DNS ☐
# 11983983

① Double proteins diet x 1 week

Noted by ___ 4/22/22 ___ 10:19

② Increase Cinacalcet to 60 mg
po daily x 1 yr

P. Maney AgNP

ALLERGIES: Lisinopril

SEND DUPLICATE TO PHARMACY

---

NAME: Boyd, William     DATE & TIME 4/13/22  1730     INST. TRCI     DNS ☐
# 11983983

Noted 4/13/22 Compos w

1. Notify Dialysis K-6.5
2. Notify DIC Take 10beLmg if
not administer Kayxelate.

Rm AgNP

ALLERGIES: Lisinopril

SEND DUPLICATE TO PHARMACY

---

NAME: Boyd, William     DATE & TIME 4/7/22     INST. TRCI     DNS ☐
# 11983983

1. In house COVID PCR

Noted 4/7/22 0900

P. Maney AgNP

ALLERGIES: Lisinopril

SEND DUPLICATE TO PHARMACY

---

NAME: Boyd, William     DATE & TIME 3/30/22     INST. TRCI     DNS ☐
# 11983983

Prep Fistulgram
– NPO p 12am

Noted 162 3/31/22

COVID PCR
In house
24 hours pre and post med trip.

P. Maney AgNP

ALLERGIES: Lisinopril

SEND DUPLICATE TO PHARMACY

---

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)

EXHIBIT 5

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Boyd, William          DATE & TIME 6/5/22          INST. PRCF          DNS ☐
# 11983983

**COVID PCR**

In house

24 hours pre and post med trip.

*P. Manney Abg N P*

ALLERGIES: Lisinopril

SEND DUPLICATE TO PHARMACY

NAME: Boyd, William          DATE & TIME X 05/26/22 0820 INST.          DNS ☐
# 11983983

① High Protein Dialysis Diet —
V.O. Dr. Thaler / CCM/RN 5/26/22 0825

ALLERGIES: Lisinopril

SEND DUPLICATE TO PHARMACY

NAME: Boyd, William          DATE & TIME 5-7-22 1445          INST. TRCI          DNS ☐
# 11983983

① Kitchen Order Double Protein at meals
X 3 months / VO - Dr. Thaler / CCofA

ALLERGIES: Lisinopril          *Dr Abg NP*

SEND DUPLICATE TO PHARMACY

NAME: Boyd, William          DATE & TIME 4/29/22 1100          INST.          DNS ☐
# 11983983

① Repeat Pre/Post Bam — VO Thaler /CCofA

ALLERGIES: Lisinopril          *Mr Abg NP*

SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

EXHIBIT 6

CD 497H (2/93)

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Boyd, William      DATE & TIME 4/8/23 1480      INST. TRCI
#1198398?

noted
4.12.23
2130
Brownther

1. Cipo x 7
2. 3NF 6mo ✓ 1407's, FGBT

**BOYD, WILLIAM STANTON**    SID: 11983983
DOCUSATE SODIUM  (DSS) 250MG GEL CAP
**DC'ED MED - 1691137-**
START: 10/07/22      DC Date: 04/12/2023

ALLERGIES: Usinopril

SID: 11983983
BOYD, WILLIAM STANTON
DOCUSATE SODIUM (DSS) 250MG GEL CAP
TAKE 1 CAPSULE ORALLY TWICE DAILY
(DISPENSED FROM STOCK) 7 - OK IN CELL
STOP: 04/05/24
START: 04/12/23

SEND DUPLICATE TO PHARMACY

NAME: Boyd, William      DATE & TIME 3/27/23 0930 INST.      DNS ☐
#1198398?

① High Protein Dialysis Diet all Meals
✓D Dr. Haler M (TRG RN) X 1 yr R

noted 3/27/23

ALLERGIES: Usinopril

SEND DUPLICATE TO PHARMACY

NAME: Boyd, William      DATE & TIME 3/14/23      INST.      DNS ☐
#1198398?

① Venofer 50 mg IV weekly at
dialysis x 1 yr
② Docusate Sodium 250 mg PO BID x 2mos

noted 3/15/23
0057 chickadee RN

P. Massey ANHP

ALLERGIES: Usinopril

SEND DUPLICATE TO PHARMACY

NAME: Boyd, William      DATE & TIME 2/14/23      INST.      DNS ☐
#1198398?

① D/C Venofer

noted 2/17/23
1202 chickadee RN

P. Massey ANHP

ALLERGIES: Usinopril

SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)

EXHIBIT 7

OREGON DEPARTMENT OF CORRECTIONS
# PHYSICIAN'S ORDERS

NAME: Boyd, William          DATE & TIME  6/13/23          INST.          DNS ☐
# 11983983

① Lower target weight to 89 kg,
may lower target to 88.5
Ⓣ in core here if tolerated

P. Maney AGNP

ALLERGIES: Urinophil

SEND DUPLICATE TO PHARMACY

---

NAME: Boyd, William          DATE & TIME  5/18/23          INST.          DNS ☐
# 11983983

Noted
5/16/23
1730
JB

① Lower target weight to 91 kg × 1 yr
② Reduce Erythropoietin to 1600 units
IV at each dialysis × 1 yr

P. Maney AGNP

ALLERGIES: Urinophil

SEND DUPLICATE TO PHARMACY

---

NAME: Boyd, William          DATE & TIME  4/27/23  0745          INST.          DNS ☐
# 11983983

noted @
4/27/23

① Calcium Acetate 667 mg Cap Take 4 capsules
PO before meals × 1 yr, OK in Cell, Dr. Thaler

② Sensipar 60 mg tab, take 1 tab PO QD
× 1 yr, OK in Cell — VO Dr. Thaler /(C/AGNP)

Maney AGNP

ALLERGIES: Urinophil

SEND DUPLICATE TO PHARMACY

---

NAME: Boyd, William          DATE & TIME  4/24/23  0800          INST.          DNS ☐
# 11983983

noted
4/24/23
0850

① DIA DIET, High Protein, Dialysis
Diet × 1 yr — VO Dr. Thaler (C/AGNP)

ALLERGIES: Urinophil

P. Maney AGNP

SEND DUPLICATE TO PHARMACY

---

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 497H (2/93)

EXHIBIT 8

**Cycle 1   Week 2   FALL-WINTER 2021-2022**

| MONDAY October 4, 2021 | TUESDAY October 5, 2021 | WEDNESDAY October 6, 2021 | THURSDAY October 7, 2021 | FRIDAY October 8, 2021 | SATURDAY October 9, 2021 | SUNDAY October 10, 2021 |
|---|---|---|---|---|---|---|
| Dry Cereal 8 oz; Fruit Drink 1 pkt; *Hard Boiled Egg 1 ea*; Pancakes 3 ea; Syrup 2 oz; Margarine 0.5 oz; Sugar 2 pkts; Skim Milk 16 oz; Coffee s/s | Hot Cereal 8 oz; Canned Fruit 4 oz; Breakfast Burrito; Cheesy Scrambled Eggs 3 oz; Refried Beans 4 oz; Flour Tortilla 1 ea; Salsa 1 oz; Sugar 2 pkts; Skim Milk 16 oz; Coffee s/s | Hot Cereal 8 oz; Fruit Drink 1 pkt; Waffles 2 ea; *Peanut Butter 1.5 oz*; Syrup 2 oz; Sugar 2 pkts; Skim Milk 16 oz; Coffee s/s | Hot Cereal 8 oz; Canned Fruit 4 oz; DOC Breakfast Sandwich; *Cheesy Fried Egg 1 ea*; English Muffin 1 ea; Cottage Potatoes 6 oz; Sugar 2 pkts; Skim Milk 16 oz; Coffee s/s | Hot Cereal 8 oz; Fruit Drink 1 pkt; *Sausage Gravy 6 oz*; Cottage Potatoes 6 oz; Biscuit 1 ea; Sub: Peanut Butter 1.5 oz; Sugar 2 pkts; Skim Milk 16 oz; Coffee s/s | Hot Cereal 8 oz; Fresh Fruit 1 ea; *Hard Boiled Egg 1 ea*; Breakfast Pastry 1 svg; Sugar 2 pkts; Skim Milk 16 oz; Coffee s/s | Fruit Drink 1 pkt; *Scrambled Eggs 3 oz*; *Bacon 3 sl*; Cottage Potatoes 6 oz; Wheat Toast 2 sl; Jelly 1 oz; Sub: Peanut Butter 1 oz; Margarine 0.5 oz; Sugar 2 pkts; Skim Milk 16 oz; Coffee s/s |
| Vegetable Soup 10 oz; *Tuna Salad 4 oz*; Wheat Hoagie Bun 1 ea; Vegetables 6 oz; Shredded Lettuce 1 svg; Chips 1 bag; Fresh Fruit 1 ea; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz | *Soup of the Day 10 oz; Chef Salad; *Turkey 2 oz*; Hard Boiled Egg 1 ea; Shredded Cheese 1 oz; Green Salad 1 bowl; Salad Dressing 2 oz; Vegetables 6 oz; Bread Stick 1 ea; Fresh Fruit 1 ea; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz | Minestrone Soup 10 oz; Fried Egg Sandwich; *Fried Eggs 2 ea*; Wheat Bread 2 sl; Vegetables 6 oz; Chips 1 bag; Mayonnaise 0.5 oz; Fresh Fruit 1 ea; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz | *Soup of the Day 10 oz; Deli Sandwich; *Ham 3 oz*; *Cheese 1 sl*; Wheat Hoagie Bun 1 ea; Vegetables 6 oz; Shredded Lettuce 1 svg; Onions 1 svg; Mayonnaise 0.5 oz; Mustard 0.5 oz; Fresh Fruit 1 ea; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz | Green Salad 1 bowl; Salad Dressing 1 oz; *Grilled Chicken 3 oz*; Teriyaki Sauce 2 oz; White Rice 6 oz; Vegetables 6 oz; Tea s/s; Veg/Alt-Beans 8 oz | Texas Slaw 6 oz; *Pork Fajitas; *Pork 4 oz*; Onions & Peppers 4 oz; Brown Rice 6 oz; Tortillas 2 ea; Salsa 2 oz; Fresh Fruit 1 ea; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz | Green Salad 1 bowl; Salad Dressing 1 oz; *Roast Turkey 3 oz*; Mashed Potatoes 6 oz; Gravy 2 oz; Vegetables 6 oz; Dinner Roll 1 ea; Frosted Cake 1 svg; Margarine 0.5 oz; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz |
| Green Salad 1 bowl; Salad Dressing 1 oz; Chicken Stir Fry; *Chicken Filling 4 oz*; Stir-Fry Vegetables 6 oz; White Rice 6 oz; Wheat Tortilla 1 ea; Tea s/s; Veg/Alt-Beans 8 oz | Green Salad 1 bowl; Salad Dressing 1 oz; *Salisbury Steak 4 oz*; Mashed Potatoes 6 oz; Beef Gravy 2 oz; Vegetables 6 oz; Brownie 1 svg; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz | Green Salad 1 bowl; Salad Dressing 1 oz; *Ranch Style Chili 10 oz*; Brown Rice 6 oz; Vegetables 6 oz; Cornbread 1 ea; Margarine 0.5 oz; Tea s/s; Veg/Alt-Beans 8 oz | Vegetable Soup 10 oz; Green Salad 1 bowl; Salad Dressing 1 oz; *BBQ Chicken Pizza 1 svg*; Cookie Bar 1 svg; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz; Veg/Alt-Vegetables 8 oz | Coleslaw 6 oz; Hot Turkey Sandwich; *Turkey 3 oz*; Mashed Potatoes 6 oz; Gravy 2 oz; Vegetables 6 oz; Multi-Grain Bread 2 sl; Bakers Choice 1 svg; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz | Green Salad 1 bowl; Salad Dressing 1 oz; *Meat Sauce 6 oz*; Spaghetti 6 oz; Vegetables 6 oz; Breadstick 1 ea; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz | Carrot Salad 6 oz; BBQ Chicken Burger; *Chicken Pattie 1 ea*; BBQ Sauce 1 oz; Wheat Hamburger Bun 1 ea; Vegetables 6 oz; French Fries 6 oz; Catsup 1 oz; Fresh Fruit 1 ea; Tea s/s; Veg/Alt-Beans 8 oz; Veg/Alt-Rice 8 oz |

EXHIBIT 9

# HIGH-PROTEIN DIALYSIS DIET

**Definition:**

Diets for Chronic Kidney Disease (CKD) restrict specific nutrients based on the severity of renal failure and current treatment methods. Patients who are dialyzed or who are not on dialysis have different nutrition requirements based on these treatment options. Nutrients that are restricted in a CKD diet for patients receiving dialysis are sodium, potassium, and phosphorous. Protein levels are kept close to those recommended for healthy adults. Electrolytes can be well controlled with renal replacement therapy and a liberalized diet may be more appropriate.

**Clinical Indications:**

- Chronic Kidney Disease (CKD) stage 5, patient receiving dialysis treatments

**Nutritional Adequacy:**

Foods commonly restricted in renal diets for dialysis include those high in sodium, potassium, phosphorus, and calcium. Renal diets may intentionally restrict to thresholds below Dietary Reference Intake (DRI) recommendations for medical management of renal disease. Malnutrition can develop during the course of chronic kidney disease. Minimizing renal impairment while preventing malnutrition can present a challenge. Diet orders should be liberalized as much as possible to maximize oral intake and quality of life. Patients should be monitored for protein-energy malnutrition and vitamin/mineral deficiencies.

The nutrient targets below are used to plan a balanced renal diet for dialysis:

- Energy: $\geq$2600 calories/day
- Protein: $\geq$95 g/day (men}
- Sodium: <2600 mg/day (men), <2300 mg/day (women)
- Potassium: <2800 mg/day (men), <2500 mg/day (women)
- Phosphorus: <1500 mg/day (men), <1200 mg/day (women)

*nutrient targets may be periodically modified based on updated dietary recommendations and best practices.

EXHIBIT 10

06-2015



# Oregon

Kate Brown, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597



August 3, 2022

William Boyd, SID # 11983983
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2022-05-100AA

Dear AIC Boyd:

This letter is in response to the above referenced grievance appeal in which you are requesting to receive a double protein diet that Dr. Thaler recommended for you.

I have reviewed your second grievance appeal, and I support the medical opinion of Dr. Warren Roberts, Chief Medical Director.

Dr. Thaler has ordered a high protein dialysis diet for you. This order was communicated to the kitchen via the DOC400.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for this matter.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

*Bethany Smith*

Bethany Smith,
Business Operations Administrator on behalf of Joe Bugher

J. Bugher
Assistant Director, Health Services

CC:    A. Eynon, Grievance Coordinator, TRCI
       D. Wettlaufer, RN, Medical Services Manager, TRCI
       File

EXHIBIT 11

**SENT**
AUG 05 2022
TRCI GRIEVANCE OFFICE

**RECEIVED**
AUG 03 2022
TRCI GRIEVANCE OFFICE

Grievance # TRCI-2022-05-100AA

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Boyd          William          S          11983983          6-20B
      Last            First           Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)



I'm not being given the double protein I've been prescribed. I still get on my dialysis tray the same foods that I'm medically adviced not to eat. In fact, on the kitchen special diet list it has me only receiving a "dialysis tray" rather than a double protein/high protein portions. I need high protein... Not the food they are giving me.

I need a special/high protein diet for multiple reasons that are required for my overall good health. What they are serving me is either causing me to stay hungry or go into fluid overload.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

That I be given high protein/double protein portions. Thank you. I need a community standard of treatment.

6-19-22                                    Will Boyd
Date                                       Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** JUN 21 2022 TRCI GRIEVANCE OFFICE | **ACCEPTED** JUN 21 2022 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed).        CD 1475 (10/2019)

EXHIBIT 12

06-203



# Oregon
Kate Brown, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597



June 8, 2022

William Boyd, SID # 11983983
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2022-05-100A

Dear AIC Boyd:

This letter is in response to the above referenced grievance appeal in which you are requesting to receive a double protein diet that Dr. Thaler recommended for you.

Upon review of your medical record shows, that this has been approved until September 8, 2022.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S.
Medical Director

CC:    A. Eynon, Grievance Coordinator, TRCI
       D. Wettlaufer, RN, Medical Services Manager, TRCI
    File

RECEIVED            SENT
JUN 09 2022         JUN 10 2022
TRCI GRIEVANCE OFFICE    TRCI GRIEVANCE OFFICE
EXHIBIT 13

Grievance # _TRCI-2022-05-100A_

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: _Boyd_ _William_ _S_ _1198383_ _6-20B_
     Last       First       Initial       SID#       Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

Dr Thayler prescribed the double protein diet because it makes medical sense. I'm a dialysis patient and require special measures of foods. The food provided for main line consumption is loaded with water, potassium, and phosphorus. All the potential lethal things I can't consume. A high protein diet provides my nutrients and far less of these potential lethal elements and minerals. Even the current prescribed dialysis meals are just variants of these harmful foods. I need special food or high quantities of the best food available have high protein. A kidney specialist has determined so

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

That I be given a high/double protein diet.

_5-27-22_
Date

_Will Boyd_
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED MAY 3 1 2022 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC ACCEPTED MAY 3 1 2022 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)    CD 117C (10/2019)

EXHIBIT 12

O6-2OR

**GRIEVANCE RESPONSE FORM**

<u>**TO BE FILLED OUT BY STAFF**</u>                                <u>**Grievance #: TRCI-2022-05-100**</u>

TO:    Boyd, William                          11983983
         Name of grievant                         SID #

FROM: C. Scott                              Nurse Manager
         Name of respondent                    Title

List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken – date/time?)

I have read your grievance in which you are concerned about a double protein diet being discontinued. Mr. Maney, NP discontinued this order as you do not meet the clinical indications for this diet. Please discuss this with Dr. Thaler the next time you see him.

**Do not type past this line**                                              Scott

**5/26/2022**
Date:                                                          Signature of Staff Member

| Receiving Facility (if not processing facility) | Received at Processing Facility RECEIVED MAY 26 2022 TRCI GRIEVANCE OFFICE Date Stamp | Sent to Inmate SENT MAY 26 2022 TRCI GRIEVANCE OFFICE Date Stamp | Dwetthaufer /Dwwwawkw MSN Signature of Supervisor (Print/Sign) Nettlaw RN Distribution: White (Original grievance response form) |

EXHIBIT 15

CD117B (10/19)

Page: ____ of ____ (3 page limit)     Grievance # TRCI-2022-05-100

Official Use Only          Resubmit

**GRIEVANCE FORM**

Name: Boyd    William    S    11983983    6-20B

Last      First      Initial      SID#      Cell/Block/Bunk #

Whom are you grieving: Medical, Nurse Manager Manky

Please provide the date/time of incident giving rise to grievance: 5-16-22

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On or about 5-16-22 I was prescribed a double portion protein amount of food by my dialysis doctor, Thayler, because it helps my amount of fluid intake. Keeping the fluid amount low which helps my heart and my dialysis. The nurse, May, rejected it and now my fluids are back up. My doctor prescribed the "double protein" diet but the nurse practitioner denied it. It's vital that I keep my fluids normal and get proper nutrition as a dialysis patient.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I need the double protein as a healthy and regular intake to manage my fluid and have an easier dialysis session.

5-23-22

Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility  RECEIVED  MAY 24 2022  TRCI GRIEVANCE OFFICE  Date Stamp | Accepted/Denied/RFC  ACCEPTED  MAY 24 2022  TRCI GRIEVANCE OFFICE  Date Stamp | Accepted/Denied/RFC  Date Stamp |
|---|---|---|---|
| Date Stamp | | | |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)          CD 117 (11/2019)

EXHIBIT 16

*06 20b*



# Oregon

Kate Brown, Governor



**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

May 4, 2022

William Boyd, SID #11983983
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 978824

RE:     Grievance Appeal TRCI-2021-09-100AA

Dear AIC Boyd:

This letter is in response to the above referenced grievance appeal regarding your concerns about the safety in relation to the volume of fluid being removed during dialysis.

I have reviewed your second grievance appeal, and I support the medical opinion of Dr. Warren Roberts, Chief Medical Director.

It is the expectation that the individual receiving dialysis would adhere to the fluid restriction prescribed. Every individual will respond differently to the dialysis process, some can tolerate more or less than the recommendation.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for this matter.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

J. Bugher
Assistant Director, Health Services

CC:     A. Eynon, Grievance Coordinator, TRCI
        D. Wettlaufer, RN, Medical Services Manager, TRCI
        File

RECEIVED

MAY 05 2022

TRCI GRIEVANCE OFFICE

SENT

MAY 05 2022

TRCI GRIEVANCE OFFICE

*EXHIBIT 17*

Grievance # TRCI-2021-09-100AA

*Official Use Only*                                         *Resubmit*

## GRIEVANCE APPEAL FORM

Name: Boyd          William          S          11983983          6-20B
     Last          First          Initial          SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

The dialysis do use a mathmatical formula to determine how much fluid to safely pull during the dialysis session. In my case they have disregarded that mathmatical formula and pulled much more than the safe amount both prior to this original complaint and still are pulling more than what is safe. The dialysis machine stores the records of every dialysis session and will prove what I am claiming. The dialysis staff don't even calculate most times. My heart's health is being compromised and I'm losing time on my life.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

For staff to properly calculate and regulate me during dialysis. For staff to stop being irresponsible and negligent with my care.

1-5-22
Date

Will Boyd
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | RECEIVED JAN 06 2022 TRCI GRIEVANCE OFFICE Date Stamp | ACCEPTED JAN 06 2022 TRCI GRIEVANCE OFFICE Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*          CD 117C (10/2019)

EXHIBIT 18

06-20B

 **Oregon**

Kate Brown, Governor

**Department of Corrections**
Health Services
2575 Center St. NE
Salem, OR 97301-4667
(503) 378-5593
Fax (503) 378-5597



December 29, 2021

William Boyd, SID #11983983
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 978824

RE:    Grievance Appeal TRCI-2021-09-100A

Dear AIC Boyd:

This letter is in response to the above referenced grievance appeal regarding your concerns about the safety in relation to the volume of fluid being removed during dialysis.

The dialysis staff use a mathematical equation to determine the amount of fluid to be removed during hemodialysis.  Typically, this amount of fluid removal is determined by body weight prior to dialysis. This amount is considered safe, by the community standards of care.  Every individual will respond to the dialysis process differently, some can tolerate more or less than the recommendation.

It is the expectation that the individual receiving dialysis would adhere to the fluid restriction prescribed.

Health Services is committed to providing care that is respectful, compassionate, objective and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S.
Medical Director

CC:    A. Eynon, Grievance Coordinator, TRCI
       D. Wettlaufer, RN, Medical Services Manager, TRCI
       File

RECEIVED

JAN 0 4 2022

TRCI GRIEVANCE OFFICE

SENT

JAN 0 4 2022

TRCI GRIEVANCE OFFICE

EXHIBIT 19

Grievance # TRCI-2021-09-100A

*Official Use Only*      *Resubmit*

## GRIEVANCE APPEAL FORM

Name: **Boyd**    **William**    **S**     **11983983**    **20-6-B**

Last      First      Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

This isn't about how many times a week I do dialysis. It's about how much fluid per hour they take from my body during dialysis. Two different things! There is a healthy amount to take and an unhealthy to take. For my weight each dialysis the UF rate needs to safely be from 950L to 1100L per hour. For nearly the entire time I've been at TRCI dialysis the uf rate has been from 1100L to sometimes 1800L per hour. The safe way there isn't blood pressure crashes and rapid dehydration. The unsafe way you harm the heart, suffer severe low blood pressure and headaches from the painful rapid pulls.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission

That dialysis set the safe UF rate for my weight every time and stop injuring my heart, causing me headaches, and tanking my blood pressure

9-30-21             *Will Boyd*

Date                               Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED OCT 01 2021 TRCI GRIEVANCE OFFICE | ACCEPTED OCT 04 2021 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

EXHIBIT 20

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                              **Grievance #: TRCI-2021-09-100**

TO:     Boyd, William                          11983983
Name of grievant                          SID #

FROM:  C. Dieter                              Nurse Manager
Name of respondent                        Title

List, in detail, action(s) taken. (What action was taken?  Was the action what the inmate requested?  If not, why?  Who took the action?  When was the action taken – date/time?)

I have read your grievance in which you are concerned about the amount of fluid being pulled during dialysis.  A review of your health care record indicates that Dr. Thaler ordered an increase of dialysis to four times per week due to fluid overload. If you still have concerns regarding this please discuss them with the dialysis nurse at your next appointment.

**Do not type past this line**

9/29/2021
Date:

Signature of Staff Member                    Dieterc

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to Inmate |
| --- | --- | --- |
| | RECEIVED | SENT |
| | SEP 29 2021 | SEP 30 2021 |
| Date Stamp | TRCI GRIEVANCE OFFICE Date Stamp | TRCI GRIEVANCE OFFICE Date Stamp |

**RN**
D.Wettlaufer / D.Wettlaufer RN MSN
Signature of Supervisor (Print/Sign)

Distribution:
White (Original grievance response form)

CD117B (10/19)

EXHIBIT 21

*Page:* ___ *of* ___ *(3 page limit)*    *Grievance # _____*

*Official Use Only*                    *Resubmit*

## GRIEVANCE FORM

Name: **BOYD    WILLIAM    S**    SID# **11983983**    Cell/Block/Bunk # **20-6-B**

Last    First    Initial

Whom are you grieving: **Dialysis Nurses**

Please provide the date/time of incident giving rise to grievance: **9-21-21 — 9-21-21**

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

It's a dialysis rule that fluid amounts can't exceed a certain amount of liters per hour. For my weight that liter number is somewhere between 960 — 1160L. From the 21st of August til the 21st of September, the dialysis techs and nurses have pulled from 1200-1500L per hour or more causing me to "crash" and get sick while on the machine. The dialysis machine records these inputs. I have been sick most times and weak from my treatments directly from this fluid over-pull.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

That the rules and regulations surrounding dialysis be followed and the techs and nurses be professional and stop medically harming me.

**9-23-21**                    *Will Boyd*
Date                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED SEP 22 2021 TRCI GRIEVANCE OFFICE | ACCEPTED SEP 27 2021 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

EXHIBIT 22



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
## New Late notice

**To:**  Boyd, William Stanton         **SID #:**  11983983         **Cell:** TRCI:06-20B
**From:**  Rossi, H    **For A. Eynon,**    **Date:**  12/01/2021
TRCI Grievance Coordinator

**Re:**  Medical# TRCI_2021_09_100A

This letter is to notify you that response to above numbered complaint will be delayed. It was determined that further review is needed to appropriately respond to your concerns. DOC will respond once our review is complete.


Please feel free to contact my office for a status update two weeks from the date of this notice if you have not received a response by then.

Thank you for your understanding and patience.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentials, and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

*EXHIBIT 23*

Boyd, William
11983983

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Lyle Smith, Nurse Manager   Date: 9-28-21

State your issue in detail:

Can the dialysis nurses and techs please
set my "crit-line" EVERY TIME I dialize
please. It needs to be set to properly
regulate my UF rate and monitor my Blood
pressure. It's rarely set and it needs to
be. I'm approaching my dry weight

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| William Boyd | 11983983 | 20-6-B |

Response/Action Taken: CLIC or "critline" is used on
unstable patients. It is not "standard
of care" at dialysis units in the USA.
Many clinics do not have it available.
I have instructed the staff to set up
a CLIC for your treatments. If you had
just asked, I would have approved this

REC'D SEP 3 0 2021

Date Received: _____   Referred To*: _____

Date Answered: 29 Sept 2021   Signature of Staff Member: Lyle J Smith

*If forwarded, please notify the AIC

CD 214 (02/2020)

EXHIBIT 24

02-09B



# Oregon

Kate Brown, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597



September 7, 2022

William Boyd, SID# 11983983
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2022-02-052AA

Dear AIC Boyd:

This letter is in response to the above referenced grievance in which you request to have a "crit-line set up for every dialysis treatment.

I have reviewed your second grievance appeal, and I support the medical opinion of Dr. Warren Roberts, Chief Medical Director.

Please continue to work with the dialysis staff at TRCI.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for this matter.

Health Services is committed to providing care that is respectful, compassionate, objective and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.
Sincerely,

J. Bugher
Assistant Director, Health Services

JB/dw

CC:    A. Eynon, Grievance Coordinator, TRCI

RECEIVED
SEP 07 2022
TRCI GRIEVANCE OFFICE

SENT
SEP 08 2022
TRCI GRIEVANCE OFFICE

EXHIBIT 25

Grievance # __TRCI-2022-02-052AN__

*Official Use Only*        *Resubmit*

## GRIEVANCE APPEAL FORM

Name: __Boyd__    __William__    __S__    __11983983__    __6-20B__

    Last          First        Initial      SID#       Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

The "crit-line" is ABSOLUTELY a requirement for dialysis. That's why the machines have them. The fact that TRCI dialysis unit doesn't use them is solely for saving time and money. This has been stated by Nurse Manager Charles Cox as the reasons they wouldn't be using them. The "crit-line" is important for the patient to not get sick during dialysis. It's a measure to prevent sickness. The way the staff currently have it set up is that they wait for a patient to get sick before changing up the settings.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

That I be set up a "crit-line" everytime I do dialysis. It's a community standard of treatment

__6-19-22__
Date

__WS Boyd__
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 21 2022 TRCI GRIEVANCE OFFICE | ACCEPTED JUN 21 2022 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*    CD 117C (10/2019)

EXHIBIT 2b



**Oregon**

Kate Brown, Governor



**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

June 15, 2022

William Boyd, SID# 11983983
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2022-02-052A

Dear AIC Boyd:

This letter is in response to the above referenced grievance in which you request to have a "crit-line set up for every dialysis treatment.

Upon review of your medical record shows, that you were seen by Dr. Thayer on February 17, 2022, new orders were written, however there are no "crit-line" orders placed. A "crit-line" is not a requirement for dialysis. Please continue to work with the dialysis staff at TRCI.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S.
Medical Director

CC:    A. Eynon, Grievance Coordinator, TRCI
        D. Wettlaufer, RN, Medical Services Manager, TRCI
    File

SENT
JUN 16 2022
TRCI GRIEVANCE OFFICE

RECEIVED
JUN 15 2022
TRCI GRIEVANCE OFFICE

EXHIBIT 27

Grievance # TRCI-2022-02-052 A

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Boyd    William    S    11983983    6-20B
     Last      First      Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I suffer each time I do dialysis because of the shoddy monitering that the dialysis center uses. The crit-lines are absolutely common-place in both hospitals and clinics. They are part of the machine for a reason. Nurse Manager Charles stated not providing the crit-lines are to save staff time in the set-up process and because they are expensive. If I was set up on a crit-line I could have more successful UF pulls and a healthier session. "Eye-balling" my weight and UF rate pulls needs to be far more accurate and precise. That's exactly what a crit-line would do.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I want my crit-line set up EVERY dialysis session and stop injuring me to save costs and time.

2-15-22
Date

Signature: Will Boyd

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED FEB 16 2022 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC ACCEPTED FEB 16 2022 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)    CD 117C (10/2019)

EXHIBIT 28

O6 - 20B

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                                 **Grievance #: TRCI-2022-02-052**

TO:    Boyd, William                                11983983
          Name of grievant                              SID #

FROM:  C. Scott                                Nurse Manager
          Name of respondent                           Title

List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken – date/time?)

I have read your grievance in which you are requesting to be treated with a community standard of care regarding your dialysis. You discuss a crit-line be used when dialysis is being done. This is a tool that is commonly used in hospitals, but not out-patient facilities. It is not a requirement. I have conferred with dialysis and you are receiving appropriate health care regarding dialysis. You will be seeing the nephrologist later this week and can discuss this issue with him.

**Do not type past this line**

2/14/2022
Date:

Signature of Staff Member

D.wettlaufer / Dwettlaufer RN, MSN
Signature of Supervisor (Print/**Sign**)

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to Inmate |
|---|---|---|
|  | RECEIVED FEB 14 2022 TRCI GRIEVANCE OFFICE | SENT FEB 14 2022 TRCI GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp |

Distribution:
White (Original grievance response form)

EXHIBIT 29

CD1178 (10/19)

Page: ____ of ____ (3 page limit)

Grievance # TRCI-2022-02-052

*Official Use Only*                    Resubmit

## GRIEVANCE FORM

Name: Boyd          William          S          11983983          6-20B
Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: Nurse Manager, Charles

Please provide the date/time of incident giving rise to grievance: Feb 3rd, 22

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance including the names of any persons you think should be questioned.

As of Feburary 1st the dialysis center here at TRCI have halted the use of a very valuable tool that determines a patients state during dialysis; the "crit-line". It's a community standard that's part of treatment. Nurse Manager Charles says it's being excluded as a common part of the set-up because of the costs involved and because "it's another thing staff has to do", he says.
I need the crit-line

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want to be treated with community standard care. I want a crit-line provided EVERYTIME I do dialysis.

Feb 8th, 22
Date

Will Boyd
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED FEB 09 2022 TRCI GRIEVANCE OFFICE | ACCEPTED FEB 09 2022 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

e information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)

EXHIBIT 30

HERRERAM                 OREGON DEPARTMENT OF CORRECTIONS                    OTRTASTA
              T R U S T   A C C O U N T   S T A T E M E N T        12.1.1.0.1.5 ODOC

DOC:  0011983983   Name: BOYD, WILLIAM                     DOB: 07/06/1978
LOCATION: TRCI-02-02_52B

                                              Max Date:

ACCOUNT BALANCES Total:      365.38  CURRENT:      365.38  HOLD:      0.00

                  02/01/2023     08/01/2023

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| 2101 AIC SPENDING ACCOUNT | 0.88 | 0.07 |
| 2113 TRANSITIONAL SAVINGS | 222.10 | 320.31 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE-OFF AMT |
|---|---|---|---|---|---|
| FDISA | DISCIPLINARY FINES ADVANCE | 11292016 | 0.00 | 160.00 | 0.00 |
| OCICA | OCIC POSTAGE ADVANCE | 12231999 | 0.00 | 34.53 | 0.00 |
| 1547 | DISCIPLINARY UA ADVANCE | 09162016 | 0.00 | 9.90 | 0.00 |
| UMATC | UMATILLA COUNTY CIRCUIT COURT | 21CV43955 | 0.00 | 281.00 | 0.00 |
| LCPRRA | LEGAL COPY PUB REQUEST ADVANCE | 03292022 | 0.00 | 2.50 | 0.00 |
| COPA | COPY ADVANCE | 09212022 | 0.00 | 1.00 | 0.00 |
| REST | OJD - RESTITUTION, FINES & FEES | 04132023 | 8101.53 | 117.47 | 0.00 |

### TRANSACTION DESCRIPTION --          COURT ORDERED OBLIGATIONS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT |
|---|---|---|---|
| 03/01/2023 | REST | New Debt Received | 8,219.00 |

### TRANSACTION DESCRIPTIONS --     2101 AIC SPENDING  SUB-ACCOUNT ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/02/2023 | DEP | MITCHELL DAYNA LEA | 50.00 | 50.88 |
| 02/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.50) | 48.38 |
| 02/02/2023 | DED | Deduction-CLR-1 D D | ( 25.00) | 23.38 |
| 02/02/2023 | DED | Deduction-CLR-1 D D | 25.00 | 48.38 |
| 02/02/2023 | INT1 | Interest Distribution | 0.62 | 49.00 |
| 02/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.03) | 48.97 |
| 02/02/2023 | DED | Deduction-CLR-1 D D | ( 0.31) | 48.66 |
| 02/02/2023 | DED | Deduction-CLR-1 D D | 0.31 | 48.97 |
| 02/03/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 42.97 |
| 02/06/2023 | CRS | CRS SAL ORD #9940705 | ( 42.62) | 0.35 |

CERTIFIED TRUE COPY

m. Herrera
Department of Corrections Official

Date:  8/2/23

HERRERAM      OREGON DEPARTMENT OF CORRECTIONS      OTRTASTA

T R U S T    A C C O U N T    S T A T E M E N T      12.1.1.0.1.5 ODOC

DOC:   0011983983    Name: BOYD, WILLIAM          DOB: 07/06/1978

LOCATION: TRCI-02-02_52B

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | | BALANCE |
|------|------|------------------------|-----------------|---|---------|
| 02/07/2023 | DEP | MITCHELL DAYNA LEA | | 25.00 | 25.35 |
| 02/07/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 1.25) | 24.10 |
| 02/07/2023 | DED | Deduction-CLR-1 D D | ( | 12.50) | 11.60 |
| 02/07/2023 | DED | Deduction-CLR-1 D D | | 12.50 | 24.10 |
| 02/09/2023 | AWD | AWARDS 01/2023 TRCI | | 2.83 | 26.93 |
| 02/09/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 0.14) | 26.79 |
| 02/09/2023 | DED | Deduction-CLR-1 D D | ( | 1.42) | 25.37 |
| 02/09/2023 | DED | Deduction-CLR-1 D D | | 1.42 | 26.79 |
| 02/09/2023 | AWD | AWARDS 01/2023 TRCI | | 56.54 | 83.33 |
| 02/09/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 2.83) | 80.50 |
| 02/09/2023 | DED | Deduction-CLR-1 D D | ( | 0.77) | 79.73 |
| 02/09/2023 | DED | Deduction-CLR-1 D D | | 0.77 | 80.50 |
| 02/10/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( | 6.00) | 74.50 |
| 02/13/2023 | DEP | MITCHELL DAYNA LEA | | 30.00 | 104.50 |
| 02/13/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 1.50) | 103.00 |
| 02/14/2023 | CRS | CRS SAL ORD #9950799 | ( | 102.50) | 0.50 |
| 02/17/2023 | AWDO | 01/23 OCE TRCI Team Goal Award | | 59.30 | 59.80 |
| 02/17/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 2.97) | 56.83 |
| 02/21/2023 | CRS | CRS SAL ORD #9957926 | ( | 56.64) | 0.19 |
| 02/28/2023 | DEP | MITCHELL DAYNA LEA | | 50.00 | 50.19 |
| 02/28/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 2.50) | 47.69 |
| 02/28/2023 | CRS | CRS SAL ORD #9967017 | ( | 35.75) | 11.94 |
| 03/01/2023 | INT1 | Interest Distribution | | 0.74 | 12.68 |
| 03/01/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 0.04) | 12.64 |
| 03/01/2023 | DED | Deduction-CLR-1 D D | ( | 0.37) | 12.27 |
| 03/01/2023 | DED | Deduction-CLR-1 D D | | 0.37 | 12.64 |
| 03/07/2023 | DEP | MITCHELL DAYNA LEA | | 25.00 | 37.64 |
| 03/07/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 1.25) | 36.39 |
| 03/07/2023 | DED | Deduction-CLR-1 D D | ( | 12.50) | 23.89 |
| 03/07/2023 | DED | Deduction-CLR-1 D D | | 12.50 | 36.39 |
| 03/07/2023 | CRS | CRS SAL ORD #9975405 | ( | 34.06) | 2.33 |
| 03/08/2023 | OTHDEP | 01/23 OCE TRCI TGA Correction | | 0.08 | 2.41 |
| 03/09/2023 | AWD | AWARDS 02/2023 TRCI | | 54.63 | 57.04 |
| 03/09/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( | 2.73) | 54.31 |
| 03/09/2023 | DED | Deduction-CLR-1 D D | ( | 27.13) | 27.18 |
| 03/09/2023 | DED | Deduction-CLR-1 D D | | 27.13 | 54.31 |
| 03/16/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( | 6.00) | 48.31 |
| 03/20/2023 | AWDO | 02/23 OCE TRCI Team Goal Award | | 54.63 | 102.94 |

HERRERAM        OREGON DEPARTMENT OF CORRECTIONS        OTRTASTA

T R U S T    A C C O U N T    S T A T E M E N T       12.1.1.0.1.5 ODOC

DOC:   0011983983     Name: BOYD, WILLIAM            DOB: 07/06/1978

LOCATION: TRCI-02-02_52B

                                     Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 03/20/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.73) | 100.21 |
| 03/21/2023 | CRS | CRS SAL ORD #9992845 | ( 94.93) | 5.28 |
| 03/22/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 5.00) | 0.28 |
| 04/01/2023 | DEP | MITCHELL DAYNA LEA | 50.00 | 50.28 |
| 04/01/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.50) | 47.78 |
| 04/01/2023 | DED | Deduction-CLR-1 D D | ( 25.00) | 22.78 |
| 04/01/2023 | DED | Deduction-CLR-1 D D | 25.00 | 47.78 |
| 04/01/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 11.00) | 36.78 |
| 04/03/2023 | DEP | MITCHELL DAYNA LEA | 30.00 | 66.78 |
| 04/03/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 1.50) | 65.28 |
| 04/03/2023 | DED | Deduction-CLR-1 D D | ( 15.00) | 50.28 |
| 04/03/2023 | DED | Deduction-CLR-1 D D | 15.00 | 65.28 |
| 04/03/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 11.00) | 54.28 |
| 04/04/2023 | CRS | CRS SAL ORD #10008531 | ( 50.87) | 3.41 |
| 04/05/2023 | INT1 | Interest Distribution | 0.77 | 4.18 |
| 04/05/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.04) | 4.14 |
| 04/06/2023 | AWD | AWARDS 03/2023 TRCI | 45.13 | 49.27 |
| 04/06/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.26) | 47.01 |
| 04/07/2023 | 2888 | TRCI BGEG Pizza | ( 12.00) | 35.01 |
| 04/07/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 29.01 |
| 04/11/2023 | DEP | MITCHELL DAYNA LEA | 300.00 | 329.01 |
| 04/11/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 15.00) | 314.01 |
| 04/11/2023 | CRS | CRS SAL ORD #10015942 | ( 120.05) | 193.96 |
| 04/11/2023 | CRS | CRS SAL ORD #10016657 | ( 91.00) | 102.96 |
| 04/12/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 20.00) | 82.96 |
| 04/18/2023 | CRS | CRS SAL ORD #10026923 | ( 81.60) | 1.36 |
| 04/19/2023 | DEP | MITCHELL DAYNA LEA | 200.00 | 201.36 |
| 04/19/2023 | DED | Deduction-REST-04132023 D D | ( 20.00) | 181.36 |
| 04/19/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 10.00) | 171.36 |
| 04/20/2023 | AWDO | 03/23 OCE TRCI Team Goal Award | 45.13 | 216.49 |
| 04/20/2023 | DED | Deduction-REST-04132023 D D | ( 4.51) | 211.98 |
| 04/20/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.26) | 209.72 |
| 04/21/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 203.72 |
| 04/21/2023 | DEP | MITCHELL DAYNA LEA | 100.00 | 303.72 |
| 04/21/2023 | DED | Deduction-REST-04132023 D D | ( 10.00) | 293.72 |
| 04/21/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 5.00) | 288.72 |

HERRERAM                OREGON DEPARTMENT OF CORRECTIONS                OTRTASTA
            T R U S T   A C C O U N T   S T A T E M E N T        12.1.1.0.1.5 ODOC

DOC:  0011983983    Name: BOYD, WILLIAM                DOB: 07/06/1978
LOCATION: TRCI-02-02_52B

                                                        Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|----------------|---------|
| 04/23/2023 | DEP | MITCHELL DAYNA LEA | 100.00 | 388.72 |
| 04/23/2023 | DED | Deduction-REST-04132023 D D | ( 10.00) | 378.72 |
| 04/23/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 5.00) | 373.72 |
| 04/23/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 12.00) | 361.72 |
| 04/25/2023 | CRS | CRS SAL ORD #10034240 | ( 110.45) | 251.27 |
| 04/26/2023 | DEP | MITCHELL DAYNA LEA | 100.00 | 351.27 |
| 04/26/2023 | DED | Deduction-REST-04132023 D D | ( 10.00) | 341.27 |
| 04/26/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 5.00) | 336.27 |
| 04/29/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 330.27 |
| 05/01/2023 | DEP | MITCHELL DAYNA LEA | 80.00 | 410.27 |
| 05/01/2023 | DED | Deduction-REST-04132023 D D | ( 8.00) | 402.27 |
| 05/01/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 4.00) | 398.27 |
| 05/01/2023 | DED | Deduction-CLR-1 D D | ( 40.00) | 358.27 |
| 05/01/2023 | DED | Deduction-CLR-1 D D | 40.00 | 398.27 |
| 05/01/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 12.00) | 386.27 |
| 05/02/2023 | CRS | CRS SAL ORD #10042304 | ( 118.61) | 267.66 |
| 05/02/2023 | INT1 | Interest Distribution | 1.35 | 269.01 |
| 05/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.07) | 268.94 |
| 05/04/2023 | AWD | AWARDS 04/2023 TRCI | 59.38 | 328.32 |
| 05/04/2023 | DED | Deduction-REST-04132023 D D | ( 5.94) | 322.38 |
| 05/04/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.97) | 319.41 |
| 05/05/2023 | CDR | LYDIA LONG | ( 100.00) | 219.41 |
| 05/05/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 5.00) | 214.41 |
| 05/07/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 208.41 |
| 05/08/2023 | CDR | REV GJ#23629655 LYDIA LONG | 100.00 | 308.41 |
| 05/09/2023 | CRS | CRS SAL ORD #10050634 | ( 118.28) | 190.13 |
| 05/09/2023 | CDR | LYDIA LONG | ( 100.00) | 90.13 |
| 05/16/2023 | CRS | CRS SAL ORD #10060047 | ( 83.77) | 6.36 |
| 05/19/2023 | AWDO | 04/23 OCE TRCI Team Goal Award | 59.38 | 65.74 |
| 05/19/2023 | DED | Deduction-REST-04132023 D D | ( 5.94) | 59.80 |
| 05/19/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.97) | 56.83 |
| 05/19/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 50.83 |
| 05/29/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 44.83 |
| 05/31/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 38.83 |
| 06/01/2023 | CRS | CRS SAL ORD #10077325 | ( 38.53) | 0.30 |
| 06/02/2023 | DEP | MITCHELL DAYNA LEA | 50.00 | 50.30 |

HERRERAM                    OREGON DEPARTMENT OF CORRECTIONS                    OTRTASTA
              T R U S T   A C C O U N T   S T A T E M E N T        12.1.1.0.1.5 ODOC

DOC:  0011983983    Name: BOYD, WILLIAM                    DOB: 07/06/1978
LOCATION: TRCI-02-02_52B

                                                    Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 06/02/2023 | DED | Deduction-REST-04132023 D D | ( 5.00) | 45.30 |
| 06/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.50) | 42.80 |
| 06/02/2023 | DED | Deduction-CLR-1 D D | ( 25.00) | 17.80 |
| 06/02/2023 | DED | Deduction-CLR-1 D D | 25.00 | 42.80 |
| 06/02/2023 | INT1 | Interest Distribution | 1.55 | 44.35 |
| 06/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.08) | 44.27 |
| 06/02/2023 | DED | Deduction-CLR-1 D D | ( 0.78) | 43.49 |
| 06/02/2023 | DED | Deduction-CLR-1 D D | 0.78 | 44.27 |
| 06/06/2023 | CRS | CRS SAL ORD #10080787 | ( 33.55) | 10.72 |
| 06/08/2023 | AWD | AWARDS 05/2023 TRCI | 68.88 | 79.60 |
| 06/08/2023 | DED | Deduction-REST-04132023 D D | ( 6.89) | 72.71 |
| 06/08/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 3.44) | 69.27 |
| 06/08/2023 | DED | Deduction-CLR-1 D D | ( 14.22) | 55.05 |
| 06/08/2023 | DED | Deduction-CLR-1 D D | 14.22 | 69.27 |
| 06/12/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 4.00) | 65.27 |
| 06/13/2023 | CRS | CRS SAL ORD #10088242 | ( 56.97) | 8.30 |
| 06/16/2023 | AWDO | 05/23 OCE TRCI Team Goal Award | 64.13 | 72.43 |
| 06/16/2023 | DED | Deduction-REST-04132023 D D | ( 6.41) | 66.02 |
| 06/16/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 3.21) | 62.81 |
| 06/18/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 2.00) | 60.81 |
| 06/20/2023 | CRS | CRS SAL ORD #10095688 | ( 52.00) | 8.81 |
| 06/23/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 5.00) | 3.81 |
| 06/28/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 3.00) | 0.81 |
| 06/30/2023 | DEP | MITCHELL DAYNA LEA | 50.00 | 50.81 |
| 06/30/2023 | DED | Deduction-REST-04132023 D D | ( 5.00) | 45.81 |
| 06/30/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 2.50) | 43.31 |
| 07/01/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 4.00) | 39.31 |
| 07/02/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 1.00) | 38.31 |
| 07/05/2023 | INT1 | Interest Distribution | 1.18 | 39.49 |
| 07/05/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.06) | 39.43 |
| 07/05/2023 | DED | Deduction-CLR-1 D D | ( 0.59) | 38.84 |
| 07/05/2023 | DED | Deduction-CLR-1 D D | 0.59 | 39.43 |
| 07/06/2023 | AWD | AWARDS 06/2023 TRCI | 68.88 | 108.31 |
| 07/06/2023 | DED | Deduction-REST-04132023 D D | ( 6.89) | 101.42 |
| 07/06/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 3.44) | 97.98 |
| 07/06/2023 | DED | Deduction-CLR-1 D D | ( 34.44) | 63.54 |

HERRERAM                OREGON DEPARTMENT OF CORRECTIONS                    OTRTASTA
            T R U S T   A C C O U N T   S T A T E M E N T          12.1.1.0.1.5 ODOC

DOC:  0011983983    Name: BOYD, WILLIAM                        DOB: 07/06/1978
LOCATION: TRCI-02-02_52B

                                                     Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|----------------|---------|
| 07/06/2023 | DED | Deduction-CLR-1 D D | 34.44 | 97.98 |
| 07/11/2023 | CRS | CRS SAL ORD #10117212 | ( 94.76) | 3.22 |
| 07/12/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 2.00) | 1.22 |
| 07/13/2023 | DEP | MITCHELL DAYNA LEA | 10.00 | 11.22 |
| 07/13/2023 | DED | Deduction-REST-04132023 D D | ( 1.00) | 10.22 |
| 07/13/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 0.50) | 9.72 |
| 07/13/2023 | DED | Deduction-CLR-1 D D | ( 4.97) | 4.75 |
| 07/13/2023 | DED | Deduction-CLR-1 D D | 4.97 | 9.72 |
| 07/14/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 3.72 |
| 07/20/2023 | AWDO | 06/23 OCE TRCI Team Goal Award | 68.88 | 72.60 |
| 07/20/2023 | DED | Deduction-REST-04132023 D D | ( 6.89) | 65.71 |
| 07/20/2023 | DED | Deduction-TRSA-29-JUN-18 D D | ( 3.44) | 62.27 |
| 07/21/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 6.00) | 56.27 |
| 07/21/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 1.00) | 55.27 |
| 07/23/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 1.00) | 54.27 |
| 07/25/2023 | CRS | CRS SAL ORD #10135444 | ( 53.20) | 1.07 |
| 07/26/2023 | 2756A | Pay. ICS Corrections Comm System (Reg) | ( 1.00) | 0.07 |

                TRANSACTION DESCRIPTIONS --        2113 TRANSITIONAL  SUB-ACCOUNT
                                                            SAVINGS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|----------------|---------|
| 02/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.50 | 224.60 |
| 02/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 0.03 | 224.63 |
| 02/07/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 1.25 | 225.88 |
| 02/09/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 0.14 | 226.02 |
| 02/09/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.83 | 228.85 |
| 02/13/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 1.50 | 230.35 |
| 02/17/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.97 | 233.32 |
| 02/28/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.50 | 235.82 |
| 03/01/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 0.04 | 235.86 |
| 03/07/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 1.25 | 237.11 |
| 03/09/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.73 | 239.84 |
| 03/20/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.73 | 242.57 |
| 04/01/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.50 | 245.07 |
| 04/03/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 1.50 | 246.57 |
| 04/05/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 0.04 | 246.61 |
| 04/06/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.26 | 248.87 |

HERRERAM
OREGON DEPARTMENT OF CORRECTIONS
OTRTASTA

T R U S T     A C C O U N T     S T A T E M E N T
12.1.1.0.1.5 ODOC

DOC:  0011983983     Name: BOYD, WILLIAM                    DOB: 07/06/1978
LOCATION: TRCI-02-02_52B

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 04/11/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 15.00 | 263.87 |
| 04/19/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 10.00 | 273.87 |
| 04/20/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.26 | 276.13 |
| 04/21/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 5.00 | 281.13 |
| 04/23/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 5.00 | 286.13 |
| 04/26/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 5.00 | 291.13 |
| 05/01/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 4.00 | 295.13 |
| 05/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 0.07 | 295.20 |
| 05/04/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.97 | 298.17 |
| 05/19/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.97 | 301.14 |
| 06/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.50 | 303.64 |
| 06/02/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 0.08 | 303.72 |
| 06/08/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 3.44 | 307.16 |
| 06/16/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 3.21 | 310.37 |
| 06/30/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 2.50 | 312.87 |
| 07/05/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 0.06 | 312.93 |
| 07/06/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 3.44 | 316.37 |
| 07/13/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 0.50 | 316.87 |
| 07/20/2023 | DED | Deduction-TRSA-29-JUN-18 D D | 3.44 | 320.31 |