William S. Boyd #11983983

Honorable Adrienne Nelson

Two Rivers Correctional Institution (TRCI)

82911 Beach Access Road.

Umatilla, OR 97882

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

William S. Boyd, )  Case No: 2:23-cv-01284-AN
) **DECLARATION OF WILLIAM S. BOYD**
**PLAINTIFF.** ) **IN SUPPORT OF MOTION FOR**
v. ) **TEMPORARY RESTRAINING ORDER**

Warren Roberts; MEDICAL DIRECTOR

Charles Cox; NURSE MANAGER

Lyle Smith; NURSE MANAGER

C. Dieter; NURSE MANAGER

NAPHCARE; DIALYSIS PROVIDER

P. Maney; NURSE PRACTITIONER

Guevara; ODOC DIETITIAN

BETHANY SMITH; ODOC,

Dr. Seth Thaler, ODOC CONTRACTED NEPHROLOGIST

**DEFENDANTS.**

I, William S. Boyd, declare the following:

1. That I am incarcerated at TRCI where I am receiving dialysis
2. That I am experiencing inadequate medical care at the hands of Charles Cox.

DECLARATION OF WILLIAM S. BOYD IN SUPPORT OF TRO    1

3. That because I have filed a lawsuit against Cox he ahs retaliated against me and continued his inadequate treatment and refusal to correct his bad nursing.

4. That Charles Cox has informed Alisha Shultz of his lawsuit and that is why she is harassing me.

5. That I have communicated my concerns directly to Cox and he downplayed it and attempts to blame me for Shultz' conduct.

6. Cox still has not used the Crit-Line in my treatments.

7. I have provided the Court with significant evidence of the harm caused by Charles Cox's nursing and my medical care.

**CONCLUSION**

8. I RESPECTFULLY REQUEST that this Court consider this declaration and supporting evidence to grant my motion for TRO.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 9th, 2025

William S. Boyd

Plaintiff Pro Se

*[signature: Will Boyd]*

1-9-25

Boyd, William S.

11983983

Response to Kyte 12/22/24

Thank you for bringing these concerns to me;

After investigation, I found that Alicia was not making issues over tiny pieces of paper. You were found smuggling socks and coffee packs in to your Dialysis treatments, this can cause your weights to vary, Dialysis would then take too much fluid off. Which would be unsafe for you. She was following up on problems that you initiated.

With regard to the other issues you are raising, there are several skin tears at your access site, and extra tape has been placed there at your request, You do have a preference to silk tape. We may need to change the type of tape that we are using at your treatment times. Some types of tape sticks better on different people. We are reviewing this.

With regard to giving you medication, Alicia is not an RN and cannot give you blood pressure medications and she cannot make changes to your treatment without the RN being informed and agreeing to those changes, that has to be completed by an RN.

With regard to me limiting access to you or your treatments, by law I am required to offer you 3 Hemo-Dialysis treatments per week. Those chair times and chair numbers are totally determined by me and my dialysis staff to ensure that quality treatments are being completed in a timely manner. If you refuse a treatment based on who is there to place needles and put you on then that is your right. We are continuing to assess the validity and veracity of your other claims.

Thank for you concern

*[signature]*

Charles Cox, RN

Dialysis Nurse Manager TRCI/CCCF

1/6/2025

Boyd Kyte response 122224.docx 01/06/2025

On Wednesday the 18th, 2024 Alisha Shultz a dialysis tech inside TRCI made an issue of me having a piece of paper in my hand. I weighed on the scale to which she made the statement that this piece of paper the size of gum wrapper somehow effected the scale. Prior to dialysis my pockets were empty. Alish Shultz has been harrassing me about what's in my pockets for four months and makes it an issue everytime she works.

At first I didn't understand why she was singling me out and making only me show my pockets. Then I realized why she was doing it and why she was doing it was confirmed by Corrections officers inside Dialysis, Mr. Medina. He told me while conducting a search that Alisha and Charle Cox were asking him to do it.

Ordinarily this is part of security and allowed if staff believe there is contraband or safety is at concern, but in this case what has occurred is that I have a lawsuit naming Charles Cox, the Nurse Manager, as a Defendant. What Charles Cox has done is tell Alisha Shultz about one of the main issues in the lawsuit regard my dry-weight. Alisha Shultz has harrassed me for the past 4 months and has made dozens of statements about me with things in my pockets, not being able to

2

listen. She's made open comments about "being able to burn me down" if she wanted to. That it would be her word against mine. All she would have to say is that I grabbed her.

Charles Cox openly makes comments about not liking me and has clear disdain for me. Charles Cox and Alisha Shultz when they have worked together have made statements about me dying and it wouldn't be a bad thing if I did.

It is clear that Charles Cox has informed Alisha Shultz about my lawsuit against him because Charles Cox has made an illegitimate issue of things in my pockets to undermine the claim in the lawsuit. The consequences of his bad nursing are very real and proved. He has made false claims about me having things to affect my weight but they are only an attempt to throw bad light on a very true ~~mistake~~ health issue he caused.

Alisha Shultz knows about the details of the lawsuit and has went very ~~far~~ out of the scope of her duty and job. She is a dialysis tech. It isn't her job or responsibility to ask about the contents of my pockets or to say the things she says. Her approach to this weight/scales situation absolutely is singley-focused and aggressive. She has interpreted every little ~~thing~~ I do as an

3

opportunity to say her discriminatory and unprofessional remarks. Openly disrespecting me by telling me that "I don't fucking listen".

On Friday the 20th, 2024, her fellow co-worker, Dialysis Tech Felicity expressed to me that she felt Alisha Shultz was absolutely harassing and if I wrote it up she would support me if someone talked to her. Correctional Officer, Mr. Medina, who is on duty inside dialysis also expressed to me that he felt she has gone too far and felt she might be trying to get me into trouble.

The entire dialysis unit has witnessed this behavior from Alisha Shultz and Charles Cox.

The dialysis orderly Jacob Llamas will witness to all of this.

Nurse Thersa Diaz will also give witness.

Dialysis Tech Felicity will also give witness.

Corrections Officer Medina will give witness.

On the times that Alisha Shultz deals with my needles and sets to taking me off the machine she literally wrips and aggressively tears the tape off of my skin. I've openly, on many occassions, have yelled out in pain at her tearing the tape

4. She has even threatened to falsely accuse me of sexual assult from my arm. She has only responded that "that is how she does it". The dialysis staff and patients will witness this as well.

This is a serious issue because of the nature of the consequences.

Alisha Shultz and Charles Cox actively colluding in an active plot to get me into trouble to potentially hurt my lawsuit, but also get me into trouble by going to seg, losing my housing and level and losing my good time credits.

I have been left no choice but to report Alisha Shultz and Charles Cox behavior but I wouldn't have done it if I wasn't encouraged to do so by dialysis staff. If the dialysis staff felt it was important to notify someone then I had to do it.

I don't feel comfortable with Alisha Shultz dealing with my dialysis machine. The comments she has made about being able to get me into trouble if she wanted and her attempts to use TRCI security to get me into trouble is a very real issue.

Her co-workers and the dialysis orderly are aware of this report.

This can't go unaddressed.

ATTACHMENT

I'm writing to you, Mr. Cox, to inform you about the behavior of Alisha Shultz. She has been harrassing me and singling me out for 4 months. She has been making issues over the tiny pieces of paper I have in my pockets. She has been trying to use security to get me into trouble. She has made many comments about getting me into trouble if she wanted to or she could say that I grabbed her ass. She has made comments about if I died it would not be a bad thing. Different staff have heard different thin- She has made some of these comments in front of you, but she has made these comments, as well, in front of her co-workers. Dialysis Tech Felicity, Dialysis Tech Marcell, Nurse Theresa, and Dialysis Tech Veta. Als in front of the new hire Nurse Harrold.
Alisha Shultz is absolutely unprofessional but she has crossed many lines with her conduct. All her co-workers have heard her. Alisha Shultz will sit at the computer reading the news and randomly talking about things of her personal life that nobody cares about or wants to hear. When I ask her for blood-pressures, or pills, or for temp. changes she will make excuses for not doing it, so she doesn't have to get up from her seat. She will make me ask whoever she is working with. She will just sit at the computer and not do much of any work during her shift.

When she handles my needles by taking me off the machine she will aggressively and harshly tear and rip the tape from my arm causing me pain. When I ask her not to do it she says: "that's how she does it".

The remarks Alisha Shultz has made are unprofessional, but are potentially harmful to my health and safety. Her remarks about being able to get me into trouble jeapordizes my program at this prison. Her attempts to use security to get me into trouble could get my good-time credits taken.

Alisha Shultz behavior can't go unaddressed. I've written a grievance form and a discrimination complaint form to force the issue to be dealt with and addressed. This is a very real issue that your entire staff have witnessed, so its not something you can ignore or downplay.

I'm requesting that you remove Alisha Shultz from dialysis or, at the very least, remove her from my shift. This can't go unaddressed.

You are the only person I can complain to about Alisha Shultz, so I request that you talk to your staff to confirm what I'm complaining about, but also realize the stress she puts on her co-workers with her absolute unprofessional and lazy approach to each shift she works.

William S. Boyd.

**OREGON DEPARTMENT OF CORRECTIONS**
**AIC COMMUNICATION FORM**

\*MEDICAL

TO: Charles Cox, Nurse                Date: 1-13-25

State your issue in detail: Today while talking to a fellow patient you interrupted my conversation to tell me to "shut up, Boyd". You then got up from your chair to come over to where I was sitting when I was telling that same patient how much time I had left to which you said: "funny thing is, Boyd, you're coming right back to prison". Then you said to me that you were going to outlive me by five years. The unit heard you, Mr. Cox. First you harm me for over two years and I file a lawsuit to stop you, now you are being vindictive and unprofessional. Your behavior still forces me to complain and worry you might hurt me in dialysis

AIC Committed Name (first middle last): William Boyd
SID#: 11983983
Housing Unit: 2-5-2B

Response/Action Taken: I apologize for your paper getting torn. It got caught in my copy machine. I appreciate this information. We expect interactions to be respectful & professional. I will talk with him. Respect & professionalism goes both ways & can improve your working relationships on your dialysis experience.

RECEIVED
JAN 14 2025
HEALTH SERVICES

Date Received: JAN 14 2025
Date Answered: 1/17/25
Referred To*:
Signature of Staff Member: Christoph Dieterc RN

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**TO:** Medical/Someone.    **Date:** 1-13-25

**State your issue in detail:**

As medical is aware, I've been dealing with Charles Cox for 3 years. He is being sued for injuring me and he has used dialysis staff, security ~~staff~~ to attempt to discredit and undermind very real allegations against him for keeping me hypervolemic and overpulling me in my treatments. This guy doesn't seem to have to answer to anyone for his bad conduct and bad nursing. I'm dealing with him in the courts, but there is no telling what Cox is or could do to to harm me. He has been horribly unprofessional in his comments and doesn't properly nurse. He lies in the charting about what he does and I can prove it. Cox is being vindictive and spiteful towards me.

**AIC Committed Name (first middle last):** William Boyd
**SID#:** 11983983
**Housing Unit:** 2-52B

**Response/Action Taken:** Thank you for letting me know. I will have a discussion with Mr. Cox.

**Date Received:** JAN 14 2025
**Date Answered:** 1/17/25
**Referred To*:** HEALTH SERVICES
**Signature of Staff Member:** Arthur P Wmsm RN
*If forwarded, please notify the AIC

CD 214 (02/2020)