**Ross C. Taylor, OSB No. 227035**
ross@foxballard.com
**Hannah R. Cheney, OSB No. 243376**
hannah@foxballard.com
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Telephone: 206.800.2727
Fax: 206.800.2728

*Attorneys for Defendants NaphCare, Inc.,*
*Charles Cox, and Lyle Smith*

Honorable Adrienne Nelson

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM S. BOYD,<br><br>          Plaintiff,<br><br>    v.<br><br>REYES, et al,<br><br>          Defendants. | No. 2:23-cv-01284-AN<br><br>DEFENDANTS CHARLES COX, LYLE SMITH, AND NAPHCARE, INC'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

**RESPONSE**

Defendants Charles Cox, Lyle Smith, and Naphcare, Inc. ("NaphCare Defendants") do <u>not</u> object to the relief sought by Plaintiff's Motion for Extension of Time (ECF 125) of moving case deadlines out by 60 days. To avoid any ambiguity, the NaphCare Defendants' absence of objection is <u>only</u> to the relief sought—extending deadlines—and without endorsement, agreement, or waiver of objection to the facts alleged or bases articulated by Plaintiff in his subject Motion.

//

//

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

## <u>CERTIFICATE OF COMPLIANCE</u>

This brief complies with the applicable word-count limitation under LR 7-2(b), 26-3(b), 54-1(c), or 54-3(e) because it contains 76 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

DATED this 23 of January 2025.

Ross C. Taylor, OSB No. 227035
Hannah R. Cheney, OSB No. 243376
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
ross@foxballard.com
hannah@foxballard.com
Attorneys for Defendants NaphCare,
Inc., Charles Cox, and Lyle Smith

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing **DEFENDANTS CHARLES COX, LYLE SMITH, AND NAPHCARE, INC'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME** to be served via the methods below on this Thursday, January 23, 2025, on the following counsel/parties of record:

| | |
|---|---|
| William S. Boyd # 11983983<br>Two Rivers Correctional Institution<br>82911 Beach Access Rd.<br>Umatilla, OR 97882-9419<br><br>***PRO SE*** | ☒     via U.S. Mail, first class, postage prepaid<br>☐     via Legal Messenger Hand Delivery<br>☐     via Facsimile<br>☒     via E-Service<br>☐     via E-mail:<br>      TRCI_EFiling@doc.state.or.us |
| Kim E. Hoyt, OSB No. 914080<br>Jennifer M. Gaddis, OSB No. 071194<br>Garrett Hemann Robertson P.C.<br>4895 Skyline Rd. S.<br>Salem, OR 97306<br><br>***Special Assistant Attorneys General for Defendants Erin Reyes, Warren Roberts, C. Dieter, P. Maney, Elena Guevara, Bethany Smith, and Oregon Department of Corrections*** | ☐     via U.S. Mail, first class, postage prepaid<br>☐     via Legal Messenger Hand Delivery<br>☐     via Facsimile<br>☒     via E-Service<br>☐     via E-mail:<br>      khoyt@ghrlawyers.com<br>      jgaddis@ghrlawyers.com |

Signed at Seattle, WA, on this Thursday, January 23, 2025.

*Eric Hufnagel*

Eric Hufnagel, Legal Secretary
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Main: 206.800.2727
Fax: 206.800.2728
eric@foxballard.com

FoxBallard
PLLC