Kim E. Hoyt, OSB No. 914080
khoyt@ghrlawyers.com
Jennifer M. Gaddis, OSB No. 071194
jgaddis@ghrlawyers.com
Travis A. Merritt, OSB No. 195857
tmerritt@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
PO Box 749
Salem, Oregon 97308-0749
Tel: (503) 581-1501
Fax: (503) 581-5891
        *Special Assistant Attorneys General for Defendants Dieter, Maney, Guevara,
        and B. Smith*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| William S. Boyd <br><br> Plaintiff, <br><br> vs. <br><br> WARREN ROBERTS, CHARLES COX, LYLE SMITH, C. DIETER, NAPHCARE, P. MANEY, GUEVARA, and BETHANY SMITH <br><br> Defendants. | No.    2:23-cv-01284-AN <br><br> **DECLARATION OF TRAVIS MERRITT IN SUPPORT OF RESPONSE OPPOSING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |

I, Travis A. Merritt, do hereby declare as follows:

1.    I am an attorney licensed to practice law in the state of Oregon.

2.    I am one of the attorneys of record for Defendants, Cindy Dieter, Patrick Maney, Elena Guevara, and Bethany Smith, and I make this Declaration in support of State Defendants' Response Opposing Plaintiff's Motion for Extension of Time.

**DECLARATION OF TRAVIS MERRIT IN SUPPORT OF DEFENDANTS**          Page - 1
**DIETER, MANEY, GUEVARA AND B. SMITH'S RESPONSE OPPOSING**
**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**: *Boyd v. Reyes, et al.*

3.      I make this Declaration based upon personal knowledge, and I am competent to testify to all facts herein.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between counsel regarding both the cancellation of party depositions and Plaintiff's request to extend discovery deadlines in this case after his cancellation of depositions. The email chain took place between January 22, 2026, and February 23, 2026, and is in reverse chronological order.

DATED this 5th of March, 2026.

DAN RAYFIELD
ATTORNEY GENERAL
FOR THE STATE OF OREGON

_Travis Merritt_

Kim E. Hoyt, OSB No. 914080
khoyt@ghrlawyers.com
Jennifer M. Gaddis, OSB No. 071194
jgaddis@ghrlawyers.com
Travis A. Merritt, OSB No. 195857
tmerritt@ghrlawyers.com
*Special Assistant Attorneys General for Defendants*
*Dieter, Maney, Guevara, and B. Smith*

**DECLARATION OF TRAVIS MERRIT IN SUPPORT OF DEFENDANTS**          Page - 2
**DIETER, MANEY, GUEVARA AND B. SMITH'S RESPONSE OPPOSING**
**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**: *Boyd v. Reyes, et al.*

| | |
|---|---|
| **From:** | Travis A. Merritt |
| **To:** | Ross Taylor; Juan Chavez; Jennifer M. Gaddis; Carleene Houk; Stephanie L. Schwenk; Eric Hufnagel; Jennifer A. Street |
| **Cc:** | Hannah Bland; Keightley Wilkins; Leah Powell; Daniel McMillin; Lou Price; Jonathan Ballard |
| **Subject:** | Re: Boyd v. Roberts: Requests for Production & Request for Depositions |
| **Date:** | Monday, February 23, 2026 3:40:31 PM |
| **Attachments:** | image001.png |

On behalf of our clients, we object.


**Travis A. Merritt**
Attorney  (he/him)

GARRETT | HEMANN

**DIRECT:** (503) 485-2722 | **MAIN:** (503) 581-1501
**MAILING:** P.O. Box 749, Salem, Oregon 97308-0749
**PHYSICAL:** 4895 Skyline Rd S, Salem, Oregon 97306


**ONLINE:** www.ghrlawyers.com


CONFIDENTIALITY NOTICE: This email and any attachments contain attorney privilege and confidential information intended only for the use of the individual or entity named above. Any dissemination, distribution, and copying of this email to unintended parties are strictly prohibited. If you have received this email in error, please immediately notify us by email or telephone.

---

**From:** Ross Taylor <ross@foxballard.com>
**Sent:** Monday, February 23, 2026 14:52
**To:** Juan Chavez <jchavez@ojrc.info>; Jennifer M. Gaddis <jgaddis@ghrlawyers.com>; Carleene Houk <chouk@ojrc.info>; Stephanie L. Schwenk <sschwenk@ghrlawyers.com>; Travis A. Merritt <tmerritt@ghrlawyers.com>; Eric Hufnagel <eric@foxballard.com>; Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>; Keightley Wilkins <wilkins@gswlaworegon.com>; Leah Powell <powell@gswlaworegon.com>; Daniel McMillin <daniel@foxballard.com>; Lou Price <lou@foxballard.com>; Jonathan Ballard <jonathan@foxballard.com>
**Subject:** RE: Boyd v. Roberts: Requests for Production & Request for Depositions

On behalf of my clients, we object.


Ross C. Taylor, Partner



1102 Broadway, Suite 501 | Tacoma, WA 98402 (**NEW ADDRESS**)
Direct: 206 809 2475  | Main: 206 800 2727  | Fax: 206 800 2728


EXHIBIT 1, p. 1

ross@foxballard.com | foxballard.com

This message is confidential and is intended only for the named recipient. It may contain information that is attorney client privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive the message in error, or are not the named recipient, please notify the sender immediately.

---

**From:** Juan Chavez <jchavez@ojrc.info>
**Sent:** Monday, February 23, 2026 2:51 PM
**To:** Ross Taylor <ross@foxballard.com>; Jennifer M. Gaddis <jgaddis@ghrlawyers.com>; Carleene Houk <chouk@ojrc.info>; Stephanie L. Schwenk <sschwenk@ghrlawyers.com>; Travis A. Merritt <tmerritt@ghrlawyers.com>; Eric Hufnagel <eric@foxballard.com>; Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>; Keightley Wilkins <wilkins@gswlaworegon.com>; Leah Powell <powell@gswlaworegon.com>; Daniel McMillin <daniel@foxballard.com>; Lou Price <lou@foxballard.com>; Jonathan Ballard <jonathan@foxballard.com>
**Subject:** Re: Boyd v. Roberts: Requests for Production & Request for Depositions

Caught a typo in the "Relief Requested" section. It's supposed to say that we're requesting 120 days.

--

Juan C. Chavez

Tel: 503-944-2270 ext. 212

Pronouns: he/him

**From:** Juan Chavez <jchavez@ojrc.info>
**Date:** Monday, February 23, 2026 at 2:47 PM
**To:** Ross Taylor <ross@foxballard.com>, Jennifer M. Gaddis <jgaddis@ghrlawyers.com>, Carleene Houk <chouk@ojrc.info>, Stephanie L. Schwenk <sschwenk@ghrlawyers.com>, Travis A. Merritt <tmerritt@ghrlawyers.com>, Eric Hufnagel <eric@foxballard.com>, Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>, Keightley Wilkins <wilkins@gswlaworegon.com>, Leah Powell <powell@gswlaworegon.com>, Daniel McMillin <daniel@foxballard.com>, Lou Price <lou@foxballard.com>, Jonathan Ballard <jonathan@foxballard.com>
**Subject:** Re: Boyd v. Roberts: Requests for Production & Request for Depositions

Hi Ross,

Here's a draft that's contingent on there being no objections to the relief sought.

--

Juan C. Chavez

Tel: 503-944-2270 ext. 212

Pronouns: he/him

**From:** Ross Taylor <ross@foxballard.com>

**Date:** Monday, February 23, 2026 at 2:30 PM

**To:** Juan Chavez <jchavez@ojrc.info>, Jennifer M. Gaddis <jgaddis@ghrlawyers.com>, Carleene Houk <chouk@ojrc.info>, Stephanie L. Schwenk <sschwenk@ghrlawyers.com>, Travis A. Merritt <tmerritt@ghrlawyers.com>, Eric Hufnagel <eric@foxballard.com>, Jennifer A. Street <street@gswlaworegon.com>

**Cc:** Hannah Bland <Hbland@ojrc.info>, Keightley Wilkins <wilkins@gswlaworegon.com>, Leah Powell <powell@gswlaworegon.com>, Daniel McMillin <daniel@foxballard.com>, Lou Price <lou@foxballard.com>, Jonathan Ballard <jonathan@foxballard.com>

**Subject:** RE: Boyd v. Roberts: Requests for Production & Request for Depositions

Juan,

Was there supposed to be an attachment?

Ross C. Taylor, Partner

FoxBallard
PLLC

1102 Broadway, Suite 501 | Tacoma, WA 98402 (**NEW ADDRESS**)
Direct: 206 809 2475 | Main: 206 800 2727 | Fax: 206 800 2728
ross@foxballard.com | foxballard.com

This message is confidential and is intended only for the named recipient. It may contain information that is attorney client privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive the message in error, or are not the named recipient, please notify the sender immediately.

**From:** Juan Chavez <jchavez@ojrc.info>

**Sent:** Monday, February 23, 2026 1:53 PM

**To:** Ross Taylor <ross@foxballard.com>; Jennifer M. Gaddis <jgaddis@ghrlawyers.com>; Carleene Houk <chouk@ojrc.info>; Stephanie L. Schwenk <sschwenk@ghrlawyers.com>; Travis A. Merritt <tmerritt@ghrlawyers.com>; Eric Hufnagel <eric@foxballard.com>; Jennifer A. Street <street@gswlaworegon.com>

**Cc:** Hannah Bland <Hbland@ojrc.info>; Keightley Wilkins <wilkins@gswlaworegon.com>; Leah Powell <powell@gswlaworegon.com>; Daniel McMillin <daniel@foxballard.com>; Lou Price <lou@foxballard.com>; Jonathan Ballard <jonathan@foxballard.com>

**Subject:** Re: Boyd v. Roberts: Requests for Production & Request for Depositions

Should I list everyone's position as opposed on this MOET?

--

Juan C. Chavez

Tel: 503-944-2270 ext. 212

Pronouns: he/him

**From:** Juan Chavez <jchavez@ojrc.info>

**Date:** Friday, February 20, 2026 at 11:59 AM

**To:** Ross Taylor <ross@foxballard.com>, Jennifer M. Gaddis <jgaddis@ghrlawyers.com>, Carleene Houk <chouk@ojrc.info>, Stephanie L. Schwenk <sschwenk@ghrlawyers.com>, Travis A. Merritt <tmerritt@ghrlawyers.com>, Eric Hufnagel <eric@foxballard.com>, Jennifer A. Street <street@gswlaworegon.com>

**Cc:** Hannah Bland <Hbland@ojrc.info>, Keightley Wilkins <wilkins@gswlaworegon.com>, Leah Powell <powell@gswlaworegon.com>, Daniel McMillin <daniel@foxballard.com>, Lou Price <lou@foxballard.com>, Jonathan Ballard <jonathan@foxballard.com>

**Subject:** Re: Boyd v. Roberts: Requests for Production & Request for Depositions

Hi folks,

Here's how I see it: I think there's a good chance we won't get Dr. Roberts's deposition set within the next three months. Even four months seems like a stretch, but it's more likely than three. I suspect that we're going to need another extension anyways. Please express to your clients to be reasonable and realistic here. Four months makes more sense.

--

Juan C. Chavez

Pronouns: he/him/his

Oregon Justice Resource Center

Tel: 503-944-2270 ext. 212

**From:** Ross Taylor <ross@foxballard.com>

**Date:** Friday, February 20, 2026 at 11:30 AM

**To:** Juan Chavez <jchavez@ojrc.info>, Jennifer M. Gaddis <jgaddis@ghrlawyers.com>, Carleene Houk <chouk@ojrc.info>, Stephanie L. Schwenk <sschwenk@ghrlawyers.com>, Travis A. Merritt <tmerritt@ghrlawyers.com>, Eric Hufnagel <eric@foxballard.com>, Jennifer A. Street <street@gswlaworegon.com>

**Cc:** Hannah Bland <Hbland@ojrc.info>, Keightley Wilkins <wilkins@gswlaworegon.com>, Leah Powell <powell@gswlaworegon.com>, Daniel

McMillin <daniel@foxballard.com>, Lou Price <lou@foxballard.com>, Jonathan Ballard <jonathan@foxballard.com>

**Subject:** RE: Boyd v. Roberts: Requests for Production & Request for Depositions

Juan,

There were some challenges in gathering documents but we are working to have all discovery answered soon. I do not believe that warrants the abrupt cancellation of deposition of codefendant witnesses, nor another significant extension of the case schedule. If any extension is needed, it should be brief.

Ross C. Taylor, Partner



1102 Broadway, Suite 501 | Tacoma, WA 98402 (**NEW ADDRESS**)
Direct: 206 809 2475 | Main: 206 800 2727 | Fax: 206 800 2728
ross@foxballard.com | foxballard.com

This message is confidential and is intended only for the named recipient. It may contain information that is attorney client privileged, attorney work product or exempt from disclosure under applicable law.  If you are not the intended recipient, you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive the message in error, or are not the named recipient, please notify the sender immediately.

---

**From:** Juan Chavez <jchavez@ojrc.info>
**Sent:** Thursday, February 19, 2026 5:01 PM
**To:** Jennifer M. Gaddis <jgaddis@ghrlawyers.com>; Carleene Houk <chouk@ojrc.info>; Stephanie L. Schwenk <sschwenk@ghrlawyers.com>; Travis A. Merritt <tmerritt@ghrlawyers.com>; Ross Taylor <ross@foxballard.com>; Eric Hufnagel <eric@foxballard.com>; Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>; Keightley Wilkins <wilkins@gswlaworegon.com>; Leah Powell <powell@gswlaworegon.com>; Daniel McMillin <daniel@foxballard.com>; Lou Price <lou@foxballard.com>; Jonathan Ballard <jonathan@foxballard.com>
**Subject:** Re: Boyd v. Roberts: Requests for Production & Request for Depositions

Hi Jennifer,

It's discovery from the NaphCare defendants that we believe is outstanding. I can call you tomorrow about the order of depositions if you would like. Our office doesn't cancel depositions often, but given the outreach from the Court's about resolving the Roberts depositions we think it's best that we know how that will proceed before doing further depositions.

-Juan
--

Juan C. Chavez

Tel: 503-944-2270 ext. 212

Pronouns: he/him

**From:** Jennifer M. Gaddis <jgaddis@ghrlawyers.com>

**Date:** Thursday, February 19, 2026 at 3:35 PM

**To:** Juan Chavez <jchavez@ojrc.info>, Carleene Houk <chouk@ojrc.info>, Stephanie L. Schwenk <sschwenk@ghrlawyers.com>, Travis A. Merritt <tmerritt@ghrlawyers.com>, Ross Taylor <ross@foxballard.com>, Eric Hufnagel <eric@foxballard.com>, Jennifer A. Street <street@gswlaworegon.com>

**Cc:** Hannah Bland <Hbland@ojrc.info>, Keightley Wilkins <wilkins@gswlaworegon.com>, Leah Powell <powell@gswlaworegon.com>, Daniel McMillin <daniel@foxballard.com>, Lou Price <lou@foxballard.com>, Jonathan Ballard <jonathan@foxballard.com>

**Subject:** RE: Boyd v. Roberts: Requests for Production & Request for Depositions

Juan,

I'm not sure what outstanding discovery you are referring to, as we have produced the responsive documents within our custody and control. If there is something you feel is still outstanding from our clients, please be more specific.

Although no reason was given for canceling the depositions of ODOC witnesses with less than 24 hours notice, presumably it was not a lack of discovery, as you would have made some earlier outreach to us for missing documents. I'm also not sure why the date of Dr. Roberts' deposition would need to precede the ODOC witness depositions already set, causing further delay in this matter. Your December email asking defense counsel to coordinate with our clients/witnesses certainly didn't indicate a desired order of witnesses, nor a basis to do so.

Without further information, I anticipate that my client's position will be to object to the motion.

Thank you,

**Jenn Gaddis**

GARRETT | HEMANN

**DIRECT:** (503) 485-2764 | **MAIN:** (503) 581-1501
**MAILING:** P.O. Box 749, Salem, Oregon 97308-0749
**PHYSICAL:** 4895 Skyline Rd S, Salem, Oregon 97306

**ONLINE:** www.ghrlawyers.com

CONFIDENTIALITY NOTICE: This email and any attachments contain attorney privilege and confidential information intended only for the use of the individual or entity named above. Any dissemination, distribution, and copying of this email to

unintended parties are strictly prohibited. If you have received this email in error, please immediately notify us by email or telephone.

---

**From:** Juan Chavez <jchavez@ojrc.info>
**Sent:** Thursday, February 19, 2026 2:08 PM
**To:** Carleene Houk <chouk@ojrc.info>; Stephanie L. Schwenk <sschwenk@ghrlawyers.com>; Travis A. Merritt <tmerritt@ghrlawyers.com>; Ross Taylor <ross@foxballard.com>; Eric Hufnagel <eric@foxballard.com>; Jennifer M. Gaddis <jgaddis@ghrlawyers.com>; Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>; Keightley Wilkins <wilkins@gswlaworegon.com>; Leah Powell <powell@gswlaworegon.com>; Daniel McMillin <daniel@foxballard.com>; Lou Price <lou@foxballard.com>; Jonathan Ballard <jonathan@foxballard.com>
**Subject:** Re: Boyd v. Roberts: Requests for Production & Request for Depositions

Hi folks,

Given there's a potential JSC on a deposition with Dr. Roberts in the future, as well as outstanding discovery, we're going to need to push back our deadlines again. Presently, there's no date for the JSC, but last I saw it might be in early March. After that I'm assuming we're still going to need to coordinate schedules. I'd like to propose then that we move deadlines back by 4 months. Our close of discovery deadline is Monday, so I'd like to get a MOET filed tomorrow. Objections?

Best,
Juan
--
Juan C. Chavez
Tel: 503-944-2270 ext. 212
Pronouns: he/him

---

**From:** Carleene Houk <chouk@ojrc.info>
**Date:** Thursday, February 19, 2026 at 9:45 AM
**To:** Stephanie L. Schwenk <sschwenk@ghrlawyers.com>, Juan Chavez <jchavez@ojrc.info>, Travis A. Merritt <tmerritt@ghrlawyers.com>, Ross Taylor <ross@foxballard.com>, Eric Hufnagel <eric@foxballard.com>, Jennifer M. Gaddis <jgaddis@ghrlawyers.com>, Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>, Stephanie Bauer <sbauer@ojrc.info>, Keightley Wilkins <wilkins@gswlaworegon.com>, Leah Powell <powell@gswlaworegon.com>, Daniel McMillin <daniel@foxballard.com>, Lou Price <lou@foxballard.com>, Jonathan Ballard <jonathan@foxballard.com>
**Subject:** RE: Boyd v. Roberts: Requests for Production & Request for Depositions
Good morning,

My apologies. We will need to cancel the depositions of Ms. Guevara and Mr. Maney this and next week. I apologize for the late notice. We will reschedule once the parties determine how to proceed with the deposition of Dr. Roberts.

Thank you,

**Carleene Houk** | Operations Manager
Pronouns: they/them
**Oregon Justice Resource Center**
P.O. Box 5248 | Portland, OR  97208
503-944-2270 x223
ojrc.info

**CONFIDENTIAL COMMUNICATION –** This message is intended for the addressee only. If you have received this message in error, please notify sender.

---

**From:** Stephanie L. Schwenk <sschwenk@ghrlawyers.com>
**Sent:** Thursday, February 19, 2026 9:23 AM
**To:** Carleene Houk <chouk@ojrc.info>; Juan Chavez <jchavez@ojrc.info>; Travis A. Merritt <tmerritt@ghrlawyers.com>; Ross Taylor <ross@foxballard.com>; Eric Hufnagel <eric@foxballard.com>; Jennifer M. Gaddis <jgaddis@ghrlawyers.com>; Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>; Stephanie Bauer <sbauer@ojrc.info>; Keightley Wilkins <wilkins@gswlaworegon.com>; Leah Powell <powell@gswlaworegon.com>; Daniel McMillin <daniel@foxballard.com>; Lou Price <lou@foxballard.com>; Jonathan Ballard <jonathan@foxballard.com>
**Subject:** RE: Boyd v. Roberts: Requests for Production & Request for Depositions

Good morning,

Has a zoom link been sent yet for tomorrow's deposition of Ms. Guevara? Thank you.

Sincerely,

**Stephanie L. Schwenk**
Paralegal

GARRETT | HEMANN

**DIRECT:** (503) 485-2709 | **MAIN:** (503) 581-1501
**MAILING:** P.O. Box 749, Salem, Oregon 97308-0749
**PHYSICAL:** 4895 Skyline Rd S, Salem, Oregon 97306

**ONLINE:** www.ghrlawyers.com

CONFIDENTIALITY NOTICE: This email and any attachments contain attorney privilege and confidential information

EXHIBIT 1, p. 8

intended only for the use of the individual or entity named above. Any dissemination, distribution, and copying of this email to unintended parties are strictly prohibited. If you have received this email in error, please immediately notify us by email or telephone.

---

**From:** Carleene Houk <chouk@ojrc.info>
**Sent:** Thursday, January 22, 2026 9:23 AM
**To:** Stephanie L. Schwenk <sschwenk@ghrlawyers.com>; Juan Chavez <jchavez@ojrc.info>; Travis A. Merritt <tmerritt@ghrlawyers.com>; Ross Taylor <ross@foxballard.com>; Eric Hufnagel <eric@foxballard.com>; Jennifer M. Gaddis <jgaddis@ghrlawyers.com>; Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>; Stephanie Bauer <sbauer@ojrc.info>; Keightley Wilkins <wilkins@gswlaworegon.com>; Leah Powell <powell@gswlaworegon.com>; Daniel McMillin <daniel@foxballard.com>; Lou Price <lou@foxballard.com>; Jonathan Ballard <jonathan@foxballard.com>
**Subject:** RE: Boyd v. Roberts: Requests for Production & Request for Depositions

On second thought, let's do the deposition of Ms. Guevara from 9:30am-12:30pm on 2/20 and Mr. Maney from 1pm-5pm on 2/24. The notices are attached.

Thanks,

**Carleene Houk** | Operations Manager
Pronouns: they/them
**Oregon Justice Resource Center**
P.O. Box 5248 | Portland, OR  97208
503-944-2270 x223
ojrc.info

**CONFIDENTIAL COMMUNICATION –** This message is intended for the addressee only. If you have received this message in error, please notify sender.

---

**From:** Carleene Houk
**Sent:** Thursday, January 22, 2026 9:07 AM
**To:** 'Stephanie L. Schwenk' <sschwenk@ghrlawyers.com>; Juan Chavez <jchavez@ojrc.info>; Travis A. Merritt <tmerritt@ghrlawyers.com>; Ross Taylor <ross@foxballard.com>; Eric Hufnagel <eric@foxballard.com>; Jennifer M. Gaddis <jgaddis@ghrlawyers.com>; Jennifer A. Street <street@gswlaworegon.com>
**Cc:** Hannah Bland <Hbland@ojrc.info>; Stephanie Bauer <sbauer@ojrc.info>; Keightley Wilkins <wilkins@gswlaworegon.com>; Leah Powell <powell@gswlaworegon.com>; Daniel McMillin <daniel@foxballard.com>; Lou Price <lou@foxballard.com>; Jonathan Ballard <jonathan@foxballard.com>
**Subject:** RE: Boyd v. Roberts: Requests for Production & Request for Depositions

We can do 2/20 1pm-5pm and 2/24 1pm-5pm for the depositions. I will send over NODs.

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **DECLARATION OF TRAVIS MERRITT IN SUPPORT OF RESPONSE OPPOSING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** on the date indicated below,

[  ]    Via First-Class Mail with postage prepaid
[  ]    Via Facsimile Transmission
[X]    Via Electronic Filing Notice
[X]    Via Email
[  ]    Via Hand Delivery
[  ]    Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

| | |
|---|---|
| Juan C. Chavez, OSB No. 136428<br>Oregon Justice Resource Center<br>PO Box 5248<br>Portland OR  97208<br>Ph: 503-944-2270<br>Email: jchavez@ojrc.info | Ross C Taylor, OSB No. 227035<br>Fox Ballard PLLC<br>1325 Fourth Avenue, Suite 1500<br>Seattle, WA 98101<br>Ph: 206-809-2475<br>Email: ross@foxballard.com<br>*Attorney for Defendants Cox, L. Smith, and NaphCare* |

Jennifer A. Street, OSB No. 052419
Glascock Street Waxler LLP
6720 S. Macadam Ave., Ste 125
Portland, Oregon 97219
Email: street@gswlaworegon.com
*Attorney for Defendant Warren Roberts*

DATED this 5th of March, 2026.

DAN RAYFIELD
ATTORNEY GENERAL
FOR THE STATE OF OREGON

*Travis Merritt*
_____
Kim E. Hoyt, OSB No. 914080
khoyt@ghrlawyers.com
Jennifer M. Gaddis, OSB No. 071194
jgaddis@ghrlawyers.com
Travis A. Merritt, OSB No. 195857
Tmerritt@ghrlawyers.com
*Special Assistant Attorneys General for Defendants
Dieter, Maney, Guevara, and B. Smith*

CERTIFICATE OF SERVICE:  *Boyd v. Reyes, et al.*                    Page - 3